AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

Devearl L. Bacon; Class Action
Plaintiff

v.

Governor Minner, etc.
Defendant(s)

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 0 6 - 2 5 4

I, Devearl L. Bacon, declare that I am the (check appropriate box)

(•) Petitioner/Plaintiff/Movant    ( ) Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ✓ Yes    ( ) No    (If "No" go to Question 2)

   If "YES" state the place of your incarceration  D.C.C., Smyrna, Del.

   Inmate Identification Number (Required): 221242

   Are you employed at the institution? No    Do you receive any payment from the institution? No

   *Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions*

2. Are you currently employed?  ( ) Yes    ✓ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   Young Lumber Yard (June 2002) $425, Port of Wilmington

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | | ✓ No |
   | b. | Rent payments, interest or dividends | | ✓ No |
   | c. | Pensions, annuities or life insurance payments | | ✓ No |
   | d. | Disability or workers compensation payments | | ✓ No |
   | e. | Gifts or inheritances | | ✓ No |
   | f. | Any other sources | | ✓ No |

   If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

[Filed stamp: 2006 APR 19 PM 3:28 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4. Do you have any cash or checking or savings accounts?   • • Yes   • ✓ No

If "Yes" state the total amount $ _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   • • Yes   • ✓ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state *NONE* if applicable.

NONE

I declare under penalty of perjury that the above information is true and correct.

April 5, 2006
_____          _____
DATE                                SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ORIGINAL

# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
## MEMORANDUM

TO: Deveail Baron     SBI#: 221242

FROM:   Stacy Shane, Support Services Secretary

RE:     **6 Months Account Statement**

DATE:   April 6, 2006

06-254

Attached are copies of your inmate account statement for the months of October 1, 2005 to March 31, 2006.

*The following indicates the average daily balances.*

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 APR 19 PM 3:29

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Oct | 2.46 |
| Nov | 14.10 |
| Dec | 19.31 |
| Jan | 6.19 |
| Feb | 58.88 |
| March | 26.65 |

Average daily balances/6 months: 21.01

Attachments
CC: File

Stacy Shane
4/6/06

My Commission expires
6-17-06

CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 20.00 on account his/her credit at (name of institution) Delaware Correctional Center.

I further certify that the applicant has the following securities to his/her credit: N/A

I further certify that during the past six months the applicant's average monthly balance was $ 21.01 and the average monthly deposits were $ 55.00

_____4/6/06_____                    _____Stacy Shane_____
Date                                   Signature of Authorized Officer

(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)

# Individual Statement
## For Month of October 2005

Date Printed: 4/5/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.23 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 10/5/2005 | $0.00 | $0.00 | ($2.00) | $15.23 | 166674 | | FILING FEE | |
| Supplies-MailP | 10/6/2005 | ($4.75) | $0.00 | $0.00 | $10.48 | 168066 | | POSTAGE | |
| Pay-To | 10/6/2005 | ($0.49) | $0.00 | $0.00 | $9.99 | 168089 | | DST/POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($3.95) | $0.00 | $0.00 | $6.04 | 168100 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $5.67 | 168101 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $5.30 | 168102 | | POSTAGE | |
| Legal | 10/6/2005 | ($4.00) | $0.00 | $0.00 | $1.30 | 168150 | | 8/2005 | |
| Supplies-MailP | 10/6/2005 | ($0.37) | $0.00 | $0.00 | $0.93 | 168361 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.83) | $0.00 | $0.00 | $0.10 | 168389 | | POSTAGE | |
| Supplies-MailP | 10/6/2005 | ($0.10) | $0.00 | ($3.85) | $0.00 | 168485 | | POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.57) | $0.00 | 171741 | | 8/1/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.73) | $0.00 | 171811 | | 9/06/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.73) | $0.00 | 172025 | | 10/4/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172086 | | 7/14/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172089 | | 7/22/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.26) | $0.00 | 172095 | | 6/28/05 | |
| Supplies-MailP | 10/26/2005 | $0.00 | $0.00 | ($0.37) | $0.00 | 176142 | | POSTAGE | |
| | | | | Ending Mth Balance: | $0.00 | | | | |

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($38.02)

# Individual Statement
## For Month of November 2005

Date Printed: 4/5/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 11/2/2005 | $50.00 | $0.00 | $0.00 | $50.00 | 178897 | 0837555387 | | C. BACON |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.37) | $50.00 | 180568 | | POSTAGE | |
| Supplies-MailP | 11/7/2005 | $0.00 | $0.00 | ($0.60) | $50.00 | 180569 | | POSTAGE | |
| Canteen | 11/9/2005 | ($19.74) | $0.00 | $0.00 | $30.26 | 181384 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($1.29) | $30.26 | 182786 | | 8/1/05 | |
| Supplies-MailP | 11/11/2005 | ($3.57) | $0.00 | $0.00 | $26.69 | 183210 | | | |
| Supplies-MailP | 11/11/2005 | ($3.85) | $0.00 | $0.00 | $22.84 | 183212 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $21.09 | 183229 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $19.34 | 183230 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($1.75) | $0.00 | $0.00 | $17.59 | 183231 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.73) | $0.00 | $0.00 | $13.86 | 183252 | | 9/06/05 | |
| Legal | 11/11/2005 | ($2.00) | $0.00 | $0.00 | $11.86 | 183261 | | FILING FEE | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.60 | 183374 | | 7/22/05 | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.34 | 183371 | | 7/14/05 | |
| Supplies-MailP | 11/11/2005 | ($0.26) | $0.00 | $0.00 | $11.08 | 183378 | | 6/28/05 | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $10.71 | 183473 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($3.73) | $0.00 | $0.00 | $6.98 | 183675 | | 10/4/05 | |
| Supplies-MailP | 11/11/2005 | ($1.29) | $0.00 | $0.00 | $5.69 | 183761 | | | |
| Supplies-MailP | 11/11/2005 | ($0.37) | $0.00 | $0.00 | $5.32 | 183847 | | POSTAGE | |
| Supplies-MailP | 11/11/2005 | ($0.60) | $0.00 | $0.00 | $4.72 | 183848 | | POSTAGE | |
| Canteen | 11/16/2005 | ($4.53) | $0.00 | $0.00 | $0.19 | 184684 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.57) | $0.19 | 186156 | | 11/2/05 | |
| Mail | 11/28/2005 | $20.00 | $0.00 | $0.00 | $20.19 | 188473 | 380279624 | | JP. MEYER |
| Canteen | 11/30/2005 | ($14.10) | $0.00 | $0.00 | $6.09 | 189387 | | | |

Ending Mth Balance: $6.09

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($38.02)

# Individual Statement

Date Printed: 4/5/2006                                           Page 1 of 1

## For Month of December 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.09 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 12/2/2005 | $40.00 | $0.00 | $0.00 | $46.09 | 190975 | 4743203549 | | F. M. BACON |
| Canteen | 12/7/2005 | ($20.00) | $0.00 | $0.00 | $26.09 | 192438 | | | |
| Canteen | 12/14/2005 | ($18.95) | $0.00 | $0.00 | $7.14 | 194811 | | | |
| Canteen | 12/21/2005 | ($3.49) | $0.00 | $0.00 | $3.65 | 197996 | | | |
| Mail | 12/27/2005 | $20.00 | $0.00 | $0.00 | $23.65 | 199777 | 0507585033 | 11/2/05 | C. BACON |
| Supplies-MailP | 12/29/2005 | ($3.57) | $0.00 | $0.00 | $20.08 | 201573 | | | |

Ending Mth Balance: $20.08

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($38.02)

# Individual Statement

## For Month of January 2006

Date Printed: 4/5/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.08 | |
|---|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | | |
| Current Location: | 22 | | | Comments: | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 1/4/2006 | ($19.37) | $0.00 | $0.00 | $0.71 | 203538 | | | |
| Mail | 1/5/2006 | $20.00 | $0.00 | $0.00 | $20.71 | 205106 | 09568832703 | 12/29/05 | J. MEYER |
| Supplies-MailP | 1/5/2006 | $0.00 | $0.00 | ($0.38) | $20.71 | 205216 | | 11/28/05 | |
| Supplies-MailP | 1/9/2006 | $0.00 | $0.00 | ($0.13) | $20.71 | 205550 | | | |
| Canteen | 1/11/2006 | ($17.32) | $0.00 | $0.00 | $3.39 | 206678 | | | |
| Legal | 1/13/2006 | $0.00 | $0.00 | ($10.00) | $3.39 | 208452 | | | |
| Legal | 1/13/2006 | ($3.39) | $0.00 | ($6.61) | $0.00 | 208822 | | | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($0.37) | $0.00 | 211658 | | 11/20/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($2.90) | $0.00 | 211668 | | 11/18/05 | |
| Supplies-MailP | 1/20/2006 | $0.00 | $0.00 | ($2.90) | $0.00 | 211670 | | 11/18/05 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 213334 | | 1/18/06 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 213335 | | 1/18/06 | |
| Supplies-MailP | 1/26/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 213376 | | 1/18/06 | |
| Supplies-MailP | 1/27/2006 | $0.00 | $0.00 | ($3.95) | $0.00 | 214433 | | 11/30/05 | |

Ending Mth Balance: $0.00

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: ($38.02)

# Individual Statement

## For Month of February 2006

Date Printed: 4/5/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |

Current Location: 22

Comments:

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Legal | 2/1/2006 | $0.00 | $0.00 | ($2.00) | $0.00 | 216203 | | | |
| Supplies-MailP | 2/3/2006 | $0.00 | $0.00 | ($6.96) | $0.00 | 218272 | | | |
| Supplies-MailP | 2/8/2006 | $0.00 | $0.00 | ($3.81) | $0.00 | 220601 | | | |
| Mail | 2/14/2006 | $40.00 | $0.00 | $0.00 | $40.00 | 222761 | 4720820196 | 1/25/06 | C. BOROS |
| Mail | 2/14/2006 | $100.00 | $0.00 | $0.00 | $140.00 | 222762 | 4777903201 | INDIGENT 2/1/06 | F. BACON |
| Supplies-MailP | 2/15/2006 | $0.00 | $0.00 | ($0.39) | $140.00 | 223572 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($0.39) | $140.00 | 224051 | | 1/31/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($1.35) | $140.00 | 224097 | | 1/27/06 | |
| Supplies-MailP | 2/16/2006 | $0.00 | $0.00 | ($1.35) | $140.00 | 224098 | | 1/27/06 | |
| Supplies-MailP | 2/22/2006 | $0.00 | $0.00 | ($2.07) | $140.00 | 224625 | | 1/27/06 | |
| Supplies-MailP | 2/22/2006 | $0.00 | $0.00 | ($4.05) | $140.00 | 225997 | | 2/16/06 | |
| Supplies-MailP | 2/22/2006 | $0.00 | $0.00 | $0.00 | $140.00 | 225998 | | 2/16/06 | |
| Canteen | 2/22/2006 | ($64.47) | $0.00 | $0.00 | $75.53 | 226007 | | | |

Ending Mth Balance: $75.53

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($38.02)

# Individual Statement
## For Month of March 2006

Date Printed: 4/5/2006

Page 1 of 2

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $75.53 |
|---|---|---|---|---|---|---|
| 00221242 | BACON | Devear | | | | |
| Current Location: | 22 | | | Comments: | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2006 | ($19.88) | $0.00 | $0.00 | $55.65 | 229486 | | | |
| Mail | 3/3/2006 | $20.00 | $0.00 | $0.00 | $75.65 | 230701 | 380279769 | | J. MEYERS |
| Canteen | 3/8/2006 | ($17.40) | $0.00 | $0.00 | $58.25 | 231974 | | | |
| Legal | 3/8/2006 | $0.00 | $0.00 | ($26.00) | $58.25 | 232503 | | | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($0.39) | $58.25 | 233770 | | 3/7/06 | |
| Supplies-MailP | 3/10/2006 | $0.00 | $0.00 | ($2.55) | $58.25 | 233946 | | 2/21/06 | |
| Supplies-MailP | 3/10/2006 | ($6.96) | $0.00 | $0.00 | $51.29 | 234158 | | 1/25/06 | |
| Legal | 3/10/2006 | ($6.61) | $0.00 | $0.00 | $44.68 | 234395 | | | |
| Supplies-MailP | 3/10/2006 | ($3.81) | $0.00 | $0.00 | $40.87 | 234421 | | INDIGENT 2/1/06 | |
| Supplies-MailP | 3/10/2006 | ($3.95) | $0.00 | $0.00 | $36.92 | 234450 | | 11/30/05 | |
| Supplies-MailP | 3/10/2006 | ($0.13) | $0.00 | $0.00 | $36.79 | 234453 | | 11/28/05 | |
| Supplies-MailP | 3/10/2006 | ($0.37) | $0.00 | $0.00 | $36.42 | 234498 | | 11/20/05 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $36.03 | 234518 | | 1/18/06 | |
| Supplies-MailP | 3/10/2006 | ($0.38) | $0.00 | $0.00 | $35.65 | 234542 | | 12/29/05 | |
| Supplies-MailP | 3/10/2006 | ($2.90) | $0.00 | $0.00 | $32.75 | 234632 | | 11/18/05 | |
| Supplies-MailP | 3/10/2006 | ($2.90) | $0.00 | $0.00 | $29.85 | 234633 | | 11/18/05 | |
| Supplies-MailP | 3/10/2006 | ($4.05) | $0.00 | $0.00 | $25.80 | 234704 | | 1/18/06 | |
| Supplies-MailP | 3/10/2006 | ($4.05) | $0.00 | $0.00 | $21.75 | 234703 | | 1/18/06 | |
| Legal | 3/10/2006 | ($2.00) | $0.00 | $0.00 | $19.75 | 234758 | | | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $19.36 | 234959 | | 1/27/06 | |
| Supplies-MailP | 3/10/2006 | ($0.39) | $0.00 | $0.00 | $18.97 | 235113 | | 1/31/06 | |
| Supplies-MailP | 3/10/2006 | ($1.35) | $0.00 | $0.00 | $17.62 | 235225 | | 1/27/06 | |
| Supplies-MailP | 3/10/2006 | ($1.35) | $0.00 | $0.00 | $16.27 | 235226 | | 1/27/06 | |
| Supplies-MailP | 3/10/2006 | ($2.07) | $0.00 | $0.00 | $14.20 | 235260 | | 2/16/06 | |
| Supplies-MailP | 3/10/2006 | ($4.05) | $0.00 | $0.00 | $10.15 | 235261 | | 2/16/06 | |
| Supplies-MailP | 3/10/2006 | ($1.35) | $0.00 | $0.00 | $8.80 | 235299 | | 1/27/06 | |
| Legal | 3/10/2006 | ($8.80) | $0.00 | ($17.20) | $0.00 | 235313 | | | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 237363 | | 3/9/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($4.20) | $0.00 | 237364 | | 3/9/06 | |
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 237590 | | 3/3/06 | |

# Individual Statement

Date Printed: 4/5/2006

Page 2 of 2

## For Month of March 2006

| | | | | | | |
|---|---|---|---|---|---|---|
| Supplies-MailP | 3/16/2006 | $0.00 | $0.00 | ($0.63) | 237592 | |
| Mail | 3/21/2006 | $20.00 | $0.00 | $0.00 | 239272 | 47311321321 | 3/3/06 |

C. BACON

**Ending Mth Balance:** $20.00

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($38.02)

# Certificate of Service

I, __Deverr/ L Bacon__, hereby certify that I have served a true and correct cop(ies) of the attached: __1983 Form & Exhibits__ _____ upon the following parties/person (s):

TO: __Attorney General__
__820 N. French St.__
__Wilmington, Del.__
__19801__

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this __10__ day of _____, 2006