ORIGINAL

IN THE US DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DEVEARL L. BACON ;                              )
CLASS ACTION                                    )
        Plaintiff                               )
                                                )
    V.                                          )      CASE NO.        06-254
                                                )
GOVERNOR Ruth Ann MINNER,                       )      CLASS ACTION
COMMISSIONER STAN TAYLOR,                       )      TRIAL BY JURY DEMAND
WARDEN CARROLL,                                 )      EXPERT WITNESS DEMAND
Deputy WARDEN BURRIS,                           )
Deputy WARDEN McGuigan,                         )
SECURITY Super. CUNNINGHAM,                     )
SECURITY Super. HOLMAN,                         )
SERVICE MANAGER HUDSON,                         )
TREATMENT Admin. HOSTERMAN,                     )
S/Lt. WILLIAMS,                                 )
S/Lt. RAMONE TAYLOR,                            )
S/Lt. PROFACI,                                  )
Lt. BOONE, Lt. PORTER,                          )
INVESTIGATOR DRAKE,                             )
LEGAL SERVICES Mike LITTLE,                     )
Sgt. T. DRACE,                                  )
Sgt. KRUMPLER                                   )

2006 APR 19 PM 3:18
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

I

C/O MORGAN,                          )
CORPRAL L.M. MERSON,                 )
                                     )
C/O PARKS, C/O Wells,                )
                                     )
C/O Stephen McClain,                 )
                                     )
CASSANDRA ARNOLD,                    )
                                     )
Cindy Atllian,                       )
                                     )
Todd KRAMMER,                        )
                                     )
JAYME JACKSON,                       )
                                     )
Lt. SEACORD                          )
                                     )

On the morning of June 3, 2002 Plaintiff's were bused to a new location. Plaintiff's were bused to MHU & SHU Housen Area's, Without any notice of status Plaintiff's were left in a state of "Total Darkness".

It is in these Housen Area's that some of the most unthinkable Evil's are (and was) being inflicted apon the Plaintiff's, the Plaintiff's have been exposed to flen-flams, Extortion's, and some of the most "inhumane cruelty" just about imaginable on the Level.

The Country's which have not been charted the Plaintiff's have been sent, and without any moral or Ethic's for "Fellow Man", the defendant's has sent Us with no tools.

There's a step by step "method" in which the Plaintiff's will show the exposer to unspeakable horror's, for the Plaintiff's did not leave all of their Constitutional Rights at the door, however, it seems, the Defendant's in their feebleness, underminds the founding Great Architect's of this Blessed Country.

III

COUNT I

EMBEZZLEMENT

① ON JUNE 9, 2002 Plaintiff (Along with AN UN-Numbered Amount of others) SEVERAL L-BACON purchase items from Commissary, ONE of the items WAS A Color TV that cost Plaintiff $94.88. ON July 8, 2002 Plaintiff RECIEVED TV (see exhibit A). A couple days later Plaintiff pushed volume button to go down And the CHANNEL moved, Plaintiff later went to wipe the screen off And it had letters ingraved on it. Plaintiff SEVERAL BACON Along with other INMATES who where housed And housed in MHU Building Agrieved this issue, Plaintiff's stated "We got sold used TV's for the price of NEW TV's, the prison's RESPONSE was "the TV's were NEW", the Plaintiff's then Replied "why did Plaintiff's RECIEVE Universal Remote's instead of the original Sylvania's remote control's"; The Prison then put out A memo stating "the original remote control's were stored in A wharehouse And rain damaged the original remote's". Some INMATES filed suit's, some INMATE's without the knowledge to know how to file such claims, had to "be Alright" with these evil's.

② IN the first week of April 2004 C/o Ms. Morgan Along with A MALE C/o of "S. CC's. INVENTORY" were taking down serial NUMBERS for EACH INMATE housed in MHU & SHU Buildings who had TV's Radio's, And headphones., When Ms. Morgan Along with MALE C/o

①

· "SEEN" Plaintiff's Deveaul Bacon's SERIAl NUMBERS, Ms. Morgan stated: "I see you have one of 'our' [S.C.C's] TV's", Plaintiff asked "what do you mean", Ms. Morgan stated: "didn't you (re-buy) re-buy this TV for $45 ", Plaintiff didn't reply. (Mr. Demone flowers was witness).

③ Plaintiff Deveaul Bacon filed grievance April 5, 2004 in "Action Requested" Plaintiff stated: "The Warden has let Embezzlement happen in the prison, I want charges filed on the individual's responsible for these Evil's, This is Also tax fraud, for the tax payer's have been hoodwinked. This would be made A public intrest".

ⓐ The response to Above grievance (see exh. A), "Inmate's can not request or demand disciplinary action on staff...,

ⓑ Grievance is unacceptable because it has Already been passed the seven-day time frame Allowed to file a grievance,

ⓒ Other: Issue you are grieving occurred 6/9/02.

④ No where dose (this so-called) Grievance board "deny" having sold used TV's for store cost prices, it is not known how many Inmate's have suffered for S.C.C "crimes" nor can

there be an correct estimation of what hard working tax payers lost because S.C.C Staff originally had TV's placed in MHU & SHU Housen Area's, after they were used, then "re-sold" the TV's to Inmates Regardless of the TV's conditions for Original Costs. The so-called Grievance Chair person Cpl. L.M. Menson, tryed to write the issue off by stating it was to late to file a grievance, However the "injuries" didn't occur until the showing of proof", that proof came when on 1st week of April 2004 c/o Morgan and Male officer informed plaintiff that the TV's plaintiff's purchased were "used", And plaintiff's can prove they paid over-priced cost for damaged goods (see exh. A purchase Sheet were for odd Reason's a "serial number was placed on purchase sheet, this act was not command).

⑤ After plaintiff's started raising the issue of SCC saling used TV's, S.CC. Staff started saling these used TV's for $45 dollars. There was no money's given back nor apology given to the plaintiff's who have suffered from these Constitutional Violations. plaintiff's Suffered by humiliation, anxiety's, emotional distress, by having to suffer from these indignity's and lost wages, this needs to be made a public interest.

③

COUNT II

SEXUAL, RACIAL DISCRIMINATION,
CONSPIRACY, HARASSMENT

⑥ ON 5-15-04 Plaintiff's filed AGRIEVANCE ON &CC's white
MALE %'s for RACIAL, SEXUAL Discrimination Also for the "Deprivation"
ON the behalf of FEMALE African American Correctional officers AND
Nursing Staff (Exh. B) . :

Ⓐ A "PATTERN" developed of Plaintiff's consistenly seeing
FEMALE African American %'s Always doing clean up duties inside
"Control AREA" while the White MALE's would just watch them do
it. For the period up until this very date and time, watching
the African American FEMALE doing clean-up duties while the White's
watch has become "A Habit".

Ⓑ After the information came from White/Black INMATE Trustee's
workers that if (WM) WAS All by "design" to have "certain" Black
FEMALES placed in the AREA's of White MALE workers so these White
MALES could SEXUALy undermind the African American FEMALE.
would expose A Conspiracy caused by Lt. BOONE, C/o PARKS, C/o WELLS,
AND C/o Stephen McClain.

Ⓒ INMATE Trustee's (most are Plaintiff's) informed Plaintiff's that
the White MALES would "isolate" certain Black FEMALES AND USE A
"SCARE Tafic" to Make the FEMALE Afraid, one tafic would to inform

④

• BLACK FEMALES of DELAWARE SLAVE History. The White MALES would (take) talk to each other around these isolated FEMALES and would state!

① " A-lot of 'lichens' that occured in Delaware was
" NEVER RECORDED because they just WASN'T, I WAS
" told that in this State that if the Black FEMALE didn't
" do what she was told, these FEMALES would be hung
" upside down and cut from their whomb to their
" throat's, gutted out!"

③ It is these type of Mental Cruelty among other "tatic's" the White Males would use to make the African FEMALES "submissive".

⑦ At around about 3:10 - 3:45 pm Nursing Staff walks around to EACH of the INMATE MHU + Still Housen AREA's to give out medication to INMATE's. The FEMALE's NURSES would go from lower deck to upper deck. The NURSE's are escorted by Male C/o's. When the NURSES walk up the stairs to go to the upper decks rooms, the Male C/o would walk behind them. It is only when The Black FEMALE walks up the stairs that the White C/o would walk behind them, look at the FEMALES backside, laugh and point, smile from side-to-side, look at the INMATES (as if to get INMATE's to 'side' with their "underminding PERVERSIONS").

④ Plaintiff SEVEAR/L BACON confronted C/o Stephen McClain

⑤

About his conduct of sexual discrimination, C/o McClain laughed, then gave Plaintiff "Bacon" an agrievance form so Plaintiff could agrieve this issue. (see exh. B) <u>Mr. McClain 'Also' wrote his name on the Grievance form and "stated" to Plaintiff</u>: "so you won't spell my name wrong".

⑧ The Sexual, Racial Discrimination reached a "Apex" where Black Nurses and C/o's were forced to be quiet or seek employment somewhere else. It is out of Fear and Tatic's used by the White Males that "forced" the Black Females not to speak up about being violated, the fear of losing their jobs must play a Big Role in their Fear.

⑨ The Agrievance States: "We (Plaintiff's) all have witness C/o's and Nurses being harassed". There are also Affidavit of Statement with regards to these Discrimination Issue's (see exh. B).

⑩ Plaintiff's being "Pro-Se" prays for this Courts indulgence and interpretion to have the Record Expanded:

Ⓐ In Agrievance (exh. B) Plaintiff's Requested: "that the Prison put memo in each Staff (and Inmate) Area's Asking which ever African Female who has been deprived and harassed to submit an Affidavit under Oath stating what happen?"

Ⓑ The Prison never denied any of these issues, the Grievance

⑥

Board simply stated "Expired filing period.", Been in MHU over 2 years".

© Plaintiff's prays this Courts interpretation as to:

① Expand the record so that Black Female C/o's and Nursing Staff may submit AFFIDAVIT's directly to the Court or to Plaintiff's.

② That this Court Order Memo to D.C.C. Warden to Place Memo in C/o's / Nursing Staff Area's so they can be informed that a Claim is being filed on their behalf.

③ That this Court May interpret Rule's that future Joinder of Persons may be in "Remedy" to this Class Action.

Plaintiff's have suffered from watching these deprivations upon African American Females. Plaintiff's suffers from the indigenities, cruelness of having to witness these humiliations which caused Plaintiff's lack of sleep, headacks, and indigenities of being forced not to use Prison Grievance Process to raise these continuing discriminations these injuries are cruel.

⑦

## COUNT III
## SEXUAL HARASSMENT

(11) On December 19, 2005 Plaintiff Devearl L. Bacon came out of Dining Hall "A" and got a patdown search by Sgt. T. Drace. Sgt. Drace in a very slown manner moved along Plaintiff's arms, then slowly moved down Plaintiff's legs, but He then came back up Plaintiff's legs, Slowly in a slow motion turned his right hand up-right hit under Plaintiff's "lower area" then slid his hand up the crack of Plaintiff's buttox as a slow cutting motion. Plaintiff told Sgt. Drace "that was Sexualy done", Sgt. Drace stated "so what".

(12) Plaintiff Devearl L Bacon agrieved this issue, Plaintiff asked for Sexual Harassment Charges filed on Sgt. Drace. (See Exh. C)

(13) Grievance Board (so-called Board) wrote Plaintiff back stating:

Ⓐ "The IGC is not a court and does not have the authority to award alleged pain & suffering nor can we press charges."

Ⓑ Plaintiff was told to "Write S/Lt. Profaci".

Ⓒ There was no type investigation even though there was another Inmate who stated "Sgt. Drace Sexualy Harassed him".

Plaintiff Devearl L. Bacon seeks to Joinder for Claims on behalf

⑧

of Inmates who have suffered from being Sexual harassed. Plaintiff seeks Damages for the Cruel Act of Sgt. Srace, Sgt. Srace's Actions caused Plaintiff Severel L. Bacon Indigenities And Humiliations of Not being Homosexual who's being felt in A in appropriate manner, Plaintiff Severel L. Bacon has lost sleep that was caused by headacks. Plaintiff Also seeks Damages from Sgt. T. Srace in which Plaintiff is entitled.

COUNT IV
RACIAL PROFILING, DISCRIMINATION,
CRUEL AND UNUSEAUL PUNISHMENT,
DOUBLE JEOPARDY, VIOLATION OF DUE
PROCESS - PROTECTED LIBERTY INTEREST;
FAIRNESS, AND FAILURE OF ADEQUATE
NOTICE

In Del. Title 11 § 6529 (6) it is held; "The Enstitutional Classification Board's purpose is the organization and harmony of Inmate life", No Such Grace has occured, the Inhumane Mental Cruelty shouldn't be Uttered, HOWEVER I Pray this Court's Indulgence for the Plaintiff's will explain these "Continued Evil's" with Tolerable Clearness:

(14) When MHU (& SHU) Buildings was open All Inmate's that where housed in Buildings 21, 22, And 23 where Classified to Med. High or Low Status. The time for Recreation for Inmate's housed in

⑨

these Buildings were:

(A)  8:30 am — 9:45 am

(B)  1:30 pm — 2:45 pm

(C)  6:30 pm — 7:45 pm

(D)  8:30 pm — 9:45 pm

Inmate's Housed in MHU Buildings would come out for Recreation the same Amount of time as Inmate's under same Classified Status on the Compound or any other Med. Classifications in Delaware's Prison's.

(15) Plaintiff's Arrived in MHU in 2002, in January of 2003 Recreation time was "Cut in half" for upper + lower decks :

(E)  upper's from 8:30 am — 9:45 am

(F)  Lower's from 1:30 pm — 2:45 pm

(G)  Lower's from 6:30 pm — 7:45 pm

(H)  Upper's from 8:30 pm — 9:45 pm .

These upper + lower decks will change were Lower's would come out first then Upper's etc, The Plaintiff's were never "informed" of the change of Recreation time And while MHU Med. Rec. Status changed, Inmate's housed on Compound And Delaware's other Prison Recreation Status remaind the same.

(10)

① This is the "Tip of the iceberge" As to the beginnings of Atypical And significant hardship on Inmate's in relation to ordinary incidents of prison life in comparison between Delaware Med. Status facility's & Buildings.

⑯ Plaintiff's WAS NEVER given the Policy for Classification, NOR was given the dates. Plaintiff's where only told About "Points" And How much these points Add up to. The Classification Counselor of the Building And Lt. Porter would sit Plaintiff's down, Plaintiff's would be told "join groups, get A job, And don't get Any write-up's" And they would have the chance to make it out of MHU Building to Compound., HOWEVER After the first classification of Plaintiff Devearl L. Bacon on the violations of Due Process Liberty Interest, the Cruelness, Racial Profiling, Discriminations, Double Jeopardy's, And Un-Fairness of D.CC's Point Classification System; Your Honor:

① Each Classification Policy Changed in what would seem every 6-8 months. The Reason's these changes were made (was) made, was to simpley keep the MHU & SHU Buildings full with the Same Inmate's Who was "Placed + Profiled" – to stay.

② The "Frame" or Backbone of the points which Inmate Recieves:
    Ⓐ Points for Charges
    Ⓑ Points for Prior Charge History

⑪

© Worst write-up

Ⓓ Age (see exhibit 8).

⑰ The catch 22 is The Counselor's would or could make up points for Inmate's as they go, the most point total was always told " but NEVER writing down for policy ". Ms. Cassandra Arnold, Mrs. Afflian, Mr. Todd Krammer, and Lt. Porter will only "state" the most points for each Bracket, the point for each Bracket are :

Ⓐ Points for Charges 0-6

Ⓑ Points for Prior Charge History 0-4

© Worst Write-Up 0-3

Ⓓ *Age :

　① 19-26 ( )

　② 27-35 ( )

　③ 36 -43 ( )

* Plaintiff's through Discovery can find the out total amount of Points given for each "Age" Bracket, Plaintiff's do know that "the younger you are, the more points you recieve. This is Profiling.

⑱ Plaintiff Several L Bacon will show this Court the Violations in which area each Plaintiff has suffered for not having a

⑫

Copy of the Classification Policy Plaintiff's had No Way to "Challenge" if they were wrongfully classified under the point System, unless they understood the method of Evilness. The Evil's derive when The Frame of the point System was Altered Each And Every Year to make it harder, harder, And harder for the individual's whom were "profiled" Not to make it out of the MHU & SHU Builds until Administration seems it fit, Not if the Inmate has Worked Hard to improve His Quality of Life., And those Inmate's who thought they would make it out of the MHU & SHU Where un-fairly treated and Violated with Mental Crueless.

(A) For Inmate's who where profiled in 2002 to Not make it out of the MHU & SHU Builds in A Timely + Fair Manner the points given for Each Bracket was changed.

(B) When Plaintiff Devearl L Bacon was Classified in May 9, 2002 & May 9, 2003 the points first change came with the Prior History Change (see Exh. S Total Classification point Chart):

① for Each group completted is 1 point off total point Scored.

② for having A job is Another point off.

③ Time in which you recieved last "Worst Write-Up" you will recieve.

(13)

(9) Time " in which from your last Criminal History "
you will recieve those points off.

(19) It's the degree of these point arrangements that were changed
that Inmate's could not make it out to Regulor population. Plaintiff's
where placed in each Building for point total's :

    (A) MHU Build. 0-12 (or 11)

    (B) SHU Build. 16 -up

    (C) The Buildings if you scored 15-17 points the prisons
Classification boards "With it's Broad discretion" are given it's
Broad discretion, HOWEVER by each and every change that was
made this Broad discretion has "now" become " _Abusive_".

(20) Plaintiff's all suffered from the changes that was made,
Plaintiff Several L Bacon will show the Court the Violations :

    (A) Exhibit D Classification Chart,
      6 points for Crime Rob. 1st

    (B) Age 33 , 2 points

    (C) Criminal History Rob. 1st , 4 points

    (D) "Worst Write-Up ", 3 points

(14)

Ⓔ -1 point for having job-

Ⓕ Total point 14

These total points keep plaintiff Deverail L. Bacon in MHU, however Counselor's Mrs. Afflian, Ms. Arnold (God Bless Her), and Mr. Krammer will tell plaintiff's housed in All Buildings: "if your total points Reached anywhere from 11-12 points the plaintiff's would make it out of "the harsher lock down" of MHU & SHU Buildings to the "improved quality of life" of being housed on the Compound (see Exh. D Letter from Ms. Arnold to Plaintiff Deverail L. Bacon).

㉑ plaintiff's now had a goal to strive for and that was to:
  Ⓐ get a job or complet groups
  Ⓑ wait, stay write-up free and points will come down from Worst Write- up History.

But this hope was all taken away in November of 2003, the Administration Changed Criteria of the points (that was to be taken away — wouldn't be taken away no longer. This information was given verbaly by each Building's Counselor. Inmate Mr. Mark Tingle (Exh.F) Stated in Affidavit: "En Nov. of 2003 I witness Cassie Arnold "state: 'something needs to be done About the changes made in "Classification, somebody needs to say something".

⑮

Mr. Tingle was a Counselor's Aid for Ms. Cassandra Arnold (respectfully, prayed She is faring over Her Horrific Tragedy, forgive Us), group "Less Stress", Plaintiff Deveral L Bacon was witness to Mr. Tingle's and Cassie Arnold's statements -, It was in December 2003 Plaintiff Deveral L. Bacon completed Ms. Arnolds group (Exh. I).

㉒ Plaintiff Deveral L. Bacon will explain the Hardships suffered, Difficulties, and unfairnesses, each Plaintiff has endured and continue to suffer from the changes Mr. Tingle and Counselor's were reffering to in November of 2003 using Plaintiff Deveral L Bacon as an Example ; See Exhibit's D & H (Point Chart & Letter to Cassandra Arnold dated May 13, 2004) :

Ⓐ : "As to the crime which the INMATE is Arrested, is 0-6 points correct "? (These questions come from Exh. H; Letter to Ms. Arnold)

Ⓑ "Now, the INMATE Also recieves points for prior history of crime which is 0-4 points "?

① "I was told that the 'time' of five years has changed
   " (by Yourself [Ms. Arnold] and Lt. Porter on my Classified
   " date 5-10-04) ; Where as the INMATE getting Classified
   " on that date ; Correct me if I'm wrong , in May of "03"
   " my prior History would go back to 1998 so if I

⑯

" still had a prior crime I'll recieve points for
" that ., So if [these] new changes would not been
" made I'd be getting rid of my prior History Points.
" Someday ?"

(23) With the "Prior Criminal" History being changed "Keeps"
the Prior Criminal History Points on the Plaintiff's Classification's
Frame; this is how it effects All Plaintiff's, We will use Plaintiff
Deverel L. Bacon as example of these Unfair Changes :

(A) Exhibit D. Point Chart the Total of 14 points
After All of the Brackets are added up .

(B) Points for Charges Plaintiff recieves 6 Rob. 1st

(C) Points for Prior History , 4 points Rob. 1st, which
brings Plaintiff's Bacon to 10 points After first
2 Brackets of 5 are added .

(D) With the Changes made for Prior Criminal History
Means that Anyone Who's been Arrested (in Plaintiff's
Bacon's Case - June 20, 2000) can No longer lose or have
the Chance to lose Prior History Points if they have
been Arrested from the point in which they maybe
in Prison for the Past "Prior" 5 years . (In Plaintiff's Bacon's
Case, last time of Prior Arrest Would be Aug. 1996) .

(17)

(E) With Prior Criminal History 4 points Never will be taken off of Plaintiff's Bacon's Chart Along with Plaintiff's who's been profiled also with 2 different incarceration dates within 5 years would "Never lose" Prior History Points. In Plaintiff's Bacon's case: Plaintiff will Always have 10 points to start his Classification Brackets "from the gate". This is just Beginings of Not only Profiling, but Racial Profiling.

(F) Under the Old System of Classification Plaintiff "Bacon" would lose Prior Criminal History Points (4) In the year 2005 (see Exh. H letter to Cassie Arnold).

① Under old System Plaintiff Bacon" would just start out with 6 points After First + Second Brackets in Classifications Dates 2005 And up.

② After total of Points under Old System Plaintiff Bacon would well have been housed on Compound.

③ These changes effect every Plaintiff, However there are more of such changes made that Effected Plaintiff's that will make it much difficult to make it out of MHU & SHU Builds.

㉔ Ms. Arnold's & Inmate Mr. Tingle's (paragh. 21) statement:
" something needs to be done about the changes made in Classifiation,
somebody needs to say something ": The Reason Nothing was said about
the changes that were made to make it much difficult to make it out
of MHU & SHU Builds is because the majority of Inmate's being
effected by these changes were Black's (A-lot of young Black's). "This
is Racial Profiling, And Also Racial Discrimination because the
Black majority Inmate's "Who Are being Profiled", have No Counselor
of Their own Color to Relate Problems & Backgrounds."

Ⓐ The younger The Inmate's are the Higher points
    Plaintiff's recieve, this is Profiling because
    the Majority of young Black Males Are Not getting
    A Fair Chance like other Race(s).

Ⓑ The Majority Black Inmate's Are faced with
    more Difficulty's than that of other Race(s).

Ⓒ With Discovery Rules Applyed Plaintiff's will
    "Show" And Prove the Unfairness of the Discrimination's
    in Which They suffer.

㉕ Next, The Administration Devised and Fluctuated The
Write-Up History to "Recklessly" Add Points As The Classification
Board (Counselor's And Classification Lt.'s) wished, but when

⑲

Plaintiff's first was classified befor Nov. 2003 the "Verbal Policy" was "for Inmate's worst write-up" on Inmate's write-up history the most points a Inmate could get (for No matter how many write-up's Inmate has), was 3 points (see Exh. B. Plaintiff's Deveral L. Bacon's Chart); HOWEVER this write-up "Policy" changed in "every direction":

(A) In May of 2004 Plaintiff's Deveral L. Bacon Worst Write-Up points recieved was 3.

(B) With this Policy "Not being" changed Plaintiff's would have better chances at improving their Quality of Life.

(C) Through Discovery Rules Plaintiff's can show that now Inmates just don't recieve 3 points for their worstest write-up they have on their "jacket", but with "New Changes" And not a copy of Classification Policy given to Plaintiff's, The Administration gives Any points to The Plaintiff's that are being classified, where befor the changes the Most points Inmate could recieve at His Classification was only 3 points, HOWEVER with New Changes The Counselor's would give Inmate's of up to 8 points for one "So-Called" worst Write-Up.

(20)

(D) Another Change made was "how many" write-ups could or can be used Against the Plaintiff's, Counselor's have been known to use more than 3 different write-up's at the same time; with as much as 3 points given for "each individual" write-up, Where as the Old System would just use Inmate's worstest write-up Regardless of how many the Inmate would have on his Jacket.

(F) Then, the Administration changed the time which the Classification would go back on Inmate's Write-up History Jacket:

(1) Classification use to go back 5 years from the date of Classification "to determine" which is Inmate's Worstest Write-up, if Inmate didn't have Serious Write-up 0-2 points, for worst Write-up 3 points.

(2) As 5 year would go by from Classification the Inmate by not recieving any serious write-up would earn points off of worst Write-up until points recieved for worst write-up was down to 0., But this has change in a "Drastic Measures" with 2005 New Changes, which to the Degree, is "Deplorable". (Plaintiff's will explain Latter in these Works.)

(21)

(26) On May 10, 2004 Plaintiff Devearl L. Bacon was classified Along with "unkown" number of Plaintiff's who was classified under the New Classification System, Plaintiff's Agrieved Damages which they "All" suffered (see Exh. E). Plaintiff Deveark L. Bacon stated in Class Action Agrievance": "I was classified on 5-10-04 by Lt. Poter And Cassie Arnold there where changes made to the Classification point system that [Plaintiff's] was not Aware of nor where these other Inmates, These changes effect us with un-seen Evil's".

(A) Plaintiff's were never given Copy's of Classifiation's New Policy's After Agrieving for Copy's

(B) Plaintiff's could not challenge what "Plaintiff's had A Right to Challenge.

(C) Plaintiff's have been violated with Cruelnesses And Violations of Due Process which created Violations of Due Process - Protected Liberty Interest And Fairness.

(D) Had it not been for "Tedious Investigational Labors" these Evil's would not have been brought to the Light.

(E) The Prison's Are given "Broad Discretion", these Violations Are "Gross"., There is more.

(22)

(27) Plaintiff's who All filed for Appeal's on thee Above grounds, And never had Their Appeal's heard -, In exhibit S. Ms. Cassie Arnold stated "once you get the decision page back you have the Right to Appeal, write to [Ms.] Jayme Jackson for that. You need not contact Anyone else Regarding your Classification". ;

(A) Plaintiff Several C. Bacon Appealed to Ms. Jayme Jackson, Ms. Afflian, Mr. Krammer, Lt. Porter, Ms. Kay Sturtz, and Cassie Aronld; An Appeal was never given Nor were there An "Re-Hearing" on Any Plaintiff's Appeal's. (See Exh. J)

(B) These underminding evil's Are Un-Fair, And is Clear Violation of Due Process, And Show's the many Cruelty's Plaintiff's Are "ungodly" Suffering from.

(C) The Administration wasn't finished with Their Classification Changes, "I beleive Their Aim was to take Away Any Hope for Plaintiff's housed in SHU + MHU Buildings, with Their unfinished 'Barbarianism' They're done A great job thus far."

(D) Inmate's gave Statements to "espress" Their Feelings (Exh.F) of the wrongs, Un-Fairness,

(23)

DISCRIMINATIONS, AND MENTAL PAIN AND SUFFERING in which ALL Plaintiff's has suffered.

(E) It is Prayed that this Court would grant Plaintiff's AN "Expert Witness" to help Plaintiff's "Interpet" Their damages of Their Mental Health, it seems At that "Particular Moment" that things couldn't get no worse, but it has.

(28) ON July '04", Plaintiff's were moved to Building 21 without Notice Their hardships which they where About to face, ON 9-7-04 Plaintiff's were locked in cells from Tue. - Thur. 8:45 pm without Notice. This was A Clear Violation of Cruelty AND Due Process. This Issue As All others was Agrieved. (see Exh. K).

(29) ON September 7, 2004 Plaintiff's were All changed to "Another" harsher lock-down "without Fair Notice". Plaintiff's where All just given:

(A) I hour of Recreation "every other day". Plaintiff's now just came out of cells for 2 hours out of A week.

(B) Plaintiff's were never given "Proper" Notice of Their Hardships that they was "About" to face.

(29)

C) Plaintiff's filed agrievance, The Defendant's Clearly Violated Constitutional Safeguards which the Plaintiff's where protected under.

D) The "Totality" of "All" thee Above Violations "has caused" a "Heavy Burden of Stress, Sleeplessness, Lost of Weight, and pain & suffering.

E) Plaintiff's agrieved All issue's (Exh. K), Plaintiff Devearl Bacon (Among with an untold amount of other plaintiff's), Sought Mental Health's Counseling. (See Exh. G & K):

① Mr. Olu Femi (Mental Health) told Plaintiff Devearl L Bacon that He's been "Traumatize", Plaintiff has been seen by Mental Health Since May of 2004 up until this present day in time.

② Plaintiff Devearl L Bacon was also interviewed by Mr. Kevin Hoffecker (Mental Health), Mr. Hoffecker "Designed" A Mental Health Chart for Plaintiff. (Exh. G).

By These Constitutional Violations. Plaintiff's suffered by Humiliation, Anxiety's, Emotional Distress, by having to suffer from these Cruel and Underminding Indignity's. However The D.C.C. Administration was not done with Her Inflictions,

(30) In Aug. 2005 Plaintiff's found out that S.C.C. changed "Again" it's Classification System. The Plaintiff's where never given a "Copy of the New Policy", Plaintiff's Agrieved this issue (see Exh. L).

(A) In Prison's News Paper "some what" of a Notice was given (Exh. L)., But the News Paper didn't "Fully Inform" the "Gross Change".

① The Classification Now goes back 10 years on:

Ⓐ Write-Up History.

Ⓑ Criminal History.

Ⓒ "Then Adds 4 more points to the Old Classification System After the Total points Are Added, for Each Inmate who has 10 years or more left on Prison Sentence."

(B) With New Changes Plaintiff Several/ L. Bacon "Total Points" went from 15 to 21 points. This was Agrieved. (Exh. L)

(C) The New Changes Now takes Plaintiff's that have been "Profiled" 10 years to make it out of MHU + SHU Builds

＊ With these Acts of Unhumane Cruelty's, Double Jeopardy's,

(26)

· And Due Process Liberty Interest's Violations, takes away all
· Since of Hope. Plaintiff's have suffered :

(D) From Not having the Opportunity to Challenge "All"
the Changes made in the Classification System.,
Over a period of 3 years.

(E) From Not having Adequate Notice of Change's.

(F) Harshness of Lock-downs for longer periods
of Time.

These Blatant Violations Causes :

(G) An underminding of Equal Protection

(H) "Deprivation of Sanctions which are down Right
irrational Const. Amend. 5 ".

(I) "Deprivation of Life and Liberty",

(J) "And With the Recklessness of Write-Up
Deprivation's, causes Double Jeopardy's ".

<u>Double Jeopurdy</u>

(31) On May 26, 2004 Plaintiff Devearl L. Bacon filed grievance,
this grievance states: " On 3-31-02 I recieved a " so-called "
" write-up from C/o McComb at Gander Hill Prison (Howard Young),

(27)

" for this write-up I recieved 45 daies Administration]
" Seg[regation], I done 45 daies hard lockdown ---; On 5-10-04 I
" was classified and the same above write-up gives me 3 points, this
" is 'Double Jeopurdy' and violates my Const. Amend. Rights."

On the " Action Requested By Grievant" plaintiff Severall
Bacon asserted: "I along with thee other Inmates who are and
" have been effected by these wrongs want to be paid 2 million dollars
" each for our suffing. A Memo needs to be placed around the prison
" so that those who have been effected can file claim." (see exh. ð).

With All thee Violations Plaintiff's have suffered from with
" Also" the New Changes in Classification plaintiff's:

Ⓐ Suffers Double Jeopurdy A Multiple Injury's
because of sanctions Already that have been
" served", 10 years ago!

Ⓑ Double Jeopurdy of Harshness, Reckless and
Unstable Cumulations of Write-Up's being Added
un-fairly together, and with no Written Policy
the Administration Adds and takes Away points
At Their own "Convenience".

Ⓒ Plaintiff's Suffers Deprivation of Not having
Andequate chance to Challenge Classification,

(28)

with nobody ANSWERING APPEAL's of CLASSIFICATIONS.

To Sum up Count IV in two word is "Demonstrable Repulsive".

## COUNT V
## IDLENESS, JOBS, GROUPS

(32) Without enough jobs, groups, And over loaded Chaseloads Plaintiff's housed in MHU & SHU Buildings ARE struck with no hope of getting Their point total down (see exh. N) Plaintiff's Agrieved these issue's.

(A) Kitchen Jobs where taken away from MHU & SHU workers and given to Compound workers.

(B) Only one Group to take, and with the un-fairness of New Point System the Plaintiff's are left hopeless.

(C) Over Booked Chaseloads there's no way Counselor's can help Plaintiff's who have Sentencing Orders to be "placed" in In-House Programs.

(D) With Idleness Plaintiff's are being wharehoused with Harsh and Mental Cruel Conditions.

COUNT VI
VIOLATION OF DUE PROCESS,
INADEQUATE GRIEVANCE
BOARD, RIGHT TO ACCESS

(33) After Plaintiff filed A "series" of Agrievances Plaintiff Deveral Bacon was sent A "Memorandum" stating:

" You have been nominated for the position of Inmate Grievance Representative. Please Check one of the following, sign, date and return this form by Tuesday, June 1, 2004 0700. Put form in your building grievane box. (see Exh. M), Thus this issue was Agrieved (see Exh. M).

This was Critical:

Ⓐ Any And All grievances filed befor AND OR about the Frame of Time Befor this Board was put together ment that there NEVER was A Grievance Board in the first Place.

Ⓑ This is A Violation of Due Process.

Ⓒ Plaintiff's had A Right by Doc's and D.CC Policy to have A Adequate Grievance Procedure

Ⓓ Plaintiff's was Also Violated because Plaintiff's had A Right to Raise Issue that could or would be Raised in The Delawre (of) or Federal

(30)

Courts., This is Denied Access And Right to Freedom of Speech.

## Count VII
### Cruel and Unusual Punishment

(34) When Plaintiff's first Arrived in MHU & SHU Builds. in 2002 The Lights were cut off At 11:00 pm And cut on when Sun Light wasn't visible.

When After 2 years of this "Pattern" MHU & SHU changed when the lights were cut on And off:

(A) Lights were cut on 8:30 Am, cut off At 11:30 pm

(B) Plaintiff's were Never given A Notice of these changes.

Both the MHU & SHU Builds. has very bright lights that After long periods of time begins to burn, And After being housed in MHU & SHU Builds. Plaintiff's don't get use to the "Bright Burning" Lights. C/o's Knowing Plaintiff's housed in MHU & SHU don't like Burning Lights on for long periods, "Uses" the Lights As "Tools For Punishment" (See Agrievance's Exh. O); Here's what Correctional Officer's have done:

(C) After Light's have been left on from 8:30 Am — 11:30 pm, Some C/o's would leave the lights on

(31)

until 12 mid.

(D) Nurse that gives out Medication goes
from Build. At About 3:30 am — 4:30 am.
When the Nurse would give out Medications,
the lights would be on for 15-20 min., then
cut off, However some C/o's would leave burning
lights on for up to 20-30 mins.

(E) At 4:45 am — 6:15 am Breakfeast is given out
to Inmate's Housed in Both MHU & SHU Builds.
When Plaintiff's returns from Dining area the
C/o's would leave lights on from 4:45 am — 7:00 am.
When the lights were left on that would mean:

① Lights on 8:30 am — 11:30 pm

② Lights on for Meds. 3:30 am — 3:45 am.

③ Lights on 4:45 am — 7:00 am.

④ Leaving Plaintiff's with 4⅓ hours off
the Day without the Burning Lights on.

⑤ Each time the Lights was left on as
Tools for Punishment was agrieved by
Plaintiff's All of MHU & SHU Builds (See Exh. O).

(F) Plaintiff's "without controll of Lights" are
left at the mercy of C/o's Discretion,

(32)

HOWEVER, Plaintiff's just RECIEVE's Cruelty.

## CONCLUSION

Plaintiff's FileN Class Action and prayed this Court will GRANT Plaintiff DeverAl L. BACON to "Represent" total Class and pray that AN INTerpretation of Fed. Civ. P. Rules 11, 17, and 23 ARE INterpretted and Applied ; IN support Plaintiff's Asserts the following :

① The Representation of Plaintiff Deveral BACON of All pArties will FAIRly and Adequately Protect the "INterests of the Class".

② The prosecution of separate actions by or Against Individual Members of the class would create A Risk.

③ (...) Only through INvestigation and Discovery's. CAN Plaintiff Several C. BACON find out INmates who's been effected by Defendan'ts Actions.

④ It is at this moment that it is difficult to "Obtain" Signature's from Plaintiff's under MHU & SHU Lock-Downs.

(33)

Each and all Defendant's are being sued for their "Personal Individual Capacity".

All "Superiors" are held liable for a policy or custom that demonstrates deliberate indifference; A "Policy" is implemented when a "decision maker" would have to had been aware [or would make a finial decision] "There is coldness and contention among them", Each Defendant are a Driven Force.

The Defendant's Violated Plaintiff's Constitutional Rights and Created significant Hardships on the Plaintiff's by being Subjected to Conditions different from those Inmates ordinarily experienced by other Inmates serving their sentences in the customary fashion.

Plaintiff's seeks :

(A) 270,000,000 Million in Damages, And any other Damages They are Intitled or Interpretted by The Court.

(B) Commutation of Each Individual Sentence

April 10, 2006

Deveard L. Bacon
DCC
Smyrna, Del 19977

(34)

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) _Devear / L. Bacon #22/242_
     (Name of Plaintiff)    (Inmate Number)

_S.C.C , Smyrna del. /8977_
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

                       (Case Number)
             ( to be assigned by U.S. District Court)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

               vs.

**CIVIL COMPLAINT**

_CLASS ACTION_

(1)_____

(2)_____
                        • • Jury Trial Requested

(3)_____
    (Names of Defendants)

                       _EXPERT WITNESS_

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.    **PREVIOUS LAWSUITS**

    A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

    _02 - 431 - JJF  (2002)_
    _05 - 714 - JJF  (2005)_

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)



1. See Attach

2. Sheet

3. Exhibit S

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)



1. See Attach Sheet

3

2. 

3. 

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 2 _006_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

**II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • ⊙Yes   • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?   • •Yes   • ⊙No

C.    If your answer to "B" is Yes:

1.    What steps did you take? *Prison heard Class Action Grievance Filed By Plaintiff's*

2.    What was the result? *See Exhibit's A – O*

D.    If your answer to "B" is No, explain why not: *See Attach Sheet ; Prison Didn't Have Grievance Board, Which is issue Raised*

**III.    DEFENDANTS** (in order listed on the caption) *Defendant's Work At SCC.*

(1) Name of first defendant: *All*

Employed as *Prison* ___ at _____

Mailing address with zip code: _____

(2) Name of second defendant: *Governor & Commissioner of Prison's*

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2





$ 10.62⁰
02 1A
0004808975    APR 14 2006
MAILED FROM ZIPCODE 19977



Devearl Bacon  #00221242
MHU Building 22,  B-U-2
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware  19977

Office of the Clerk
United States District Court
844 North King Street
Lockbox 18
Wilmington, Delaware  19801





Exhibit A

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:    Inmate Bacon, Devear    23    AU7

From:  Cpl. L. M. Merson, Inmate Grievance Chairperson

Date:  Monday, May 10, 2004

RE:    Grievance

The grievance submitted by you Dated: 05/05/04 is being returned to you for the following reason(s):

_____  The complaint was addressed by the IGC:

_____  **Security issue** (involves the security and/or staffing of the institution and/or the safety, health, and/or welfare of inmates, staff, and the public.

_____  **Classification issues** (security classification, jobs, transfers, programs, housing unit assignment). Classification has its own appeal process. The inmate must write to the DCC Classification Office within 7 days after the inmate receives the Classification decision. The letter must state that the inmate is appealing the classification and clearly indicate the reasons the inmate disagrees with the classification decision.

_____  **Disciplinary issue:** Disciplinary actions cannot be grieved but must be APPEALED following the Correctional Code of Penal Discipline.

_____  **Parole Board Decision:** The inmate must write a letter to the Parole Board within 30 days of the Board's decision, expressing the desire to appeal the decision and listing the reasons. The Parole Board's address is: Board of Parole; Carvel State Office Bldg.; 820 N. French Street, 5th Floor; Wilmington, DE 19801.

_x__  Inmates cannot request or demand disciplinary action on staff. If you have a complaint regarding staff, WRITE A LETTER to that person's supervisor; in this case, that is: Support Services Manager
Hudson

_____  This is an issue/complaint that has already been grieved by you or another inmate.

_X__   Grievance is unacceptable because it has passed the seven-day time frame allotted to file a grievance.

_____  The grievance is a **photocopy, carbon copy, written in pencil, red ink or is illegible.** Original grievance forms only and they must be written in Black or Dark Blue Ink.

_____  This complaint is addressed in the housing rules for your housing unit. Refer to the Housing Rules, page ____, for clarification and/or direction.

_____  Action Request is **inappropriate or not completed.** Inmate must make an actual request; such as, **request that an investigation be conducted** (inmates are not forwarded results of investigations that involve staff conduct).

_____  Documentation must be **attached to the grievance** when it is resubmitted that supports allegations/complaint; such as commissary receipts, Form 537, etc. The IGC will make copies of items submitted with the grievance and return the originals to the inmate.

_X__   Other : Issue you are grieving occurred 6/9/02.

cc: inmate

Original: file    SSM Hudson f7,

FORM #584

**GRIEVANCE FORM**

FACILITY: $\underline{J. C. C.}$   DATE: $\underline{5-5-04}$

GRIEVANT'S NAME: $\underline{DEVEAR / L. BACON}$   SBI#: $\underline{272/242}$

CASE#: $\underline{\phantom{xxxxx}}$   TIME OF INCIDENT: $\underline{5:15\ pm}$

HOUSING UNIT: $\underline{23-A-U-7-T}$

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On 6-9-02 I ordered A color T.V., the TV.
Coas Cost $94.88., On 7-8-02 I recieved TV, I
notice that the TV had A cable on the back of it
that I didn't order., A couple daies later I push
the volume down by hand And it didn't move., Later I
wen't to wipe the screen off w)And it had a letter and Number
ingraved in it., I notice problems + warnings signs., I
along with a couple other Inmates Grieve the problem,
Her Grievance was: "we got sold used TV's for the price
of new TV's"., The Prison's responce was "the TV'S

ACTION REQUESTED BY GRIEVANT:

GRIEVANT'S SIGNATURE:_____   DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?   _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAY 1 0 2004

Inmate Grievance Office

April '97 REV

**FORM #584**

**GRIEVANCE FORM**

FACILITY:_____          DATE:_____

GRIEVANT'S NAME:_____          SBI#:_____

CASE#:_____          TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_WHERE NEW., The INMATES then Asked "Why did we RECIVE
UNIVERSAl REMOTE INSTEAd of the ORICINAl SUlVANIA'S
REMOTE CONTROl", the PRISON then put out A MEMO STATING
"the ORICINAl REMOTE CONTROl'S WHEN WERE STONED IN A WHAREhOUSE,
RAIN dAMASEd these REMOTE'S". Some INMATES filed suit. IN
the FiRST WEEk of ApRil 2004 AN OldER C/O (LAdy) ANd ANOthER
mAlE C/O WAS TAking down SERIAl NumbERSFROM RAdio, TV'S, hEAd-
phONES., The OldER lAdy (RESpECTfully) SAid: "I SEE YOU hAVE ONE
OF ARE TV'S", I SAid what do you MEAN, She SAid "didN'T YOU
RE-buy this TV FOR $15." , I didN'T REply._

ACTION REQUESTED BY GRIEVANT: _The WARdEN'S hAVE lET EmbEzzlEmENT
happEN iN the PRISON., I WANT ChANSES filEd oN the
iNdiVidUAl(S) RESpONSiblE FOR these EVIlS., This is AlSO
tAX fRAud, FOR the tAX pAYER'S hAVE bEEN "hoodwiNkEd".
This WOUld bE mAdE A public iNTREST._

GRIEVANT'S SIGNATURE:_____          DATE: 5-5-04

WAS AN INFORMAL RESOLUTION ACCEPTED?_____ ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

MAY 1 0 2004

Inmate Grievance Office

22 BU10

INMATE NAME: _DEVEIRL DACON_ INMATE SIGNATURE: _____   SBI# _22/24c_   DATE _6-9-0_

| Quantity Requested | Quantity Approved | Item | Size | Cost $ |
|---|---|---|---|---|
| 1 | 1 | Baseball Cap | | |
| | | Bathrobe | | |
| | | Chess/Checkers/Dominoes | | |
| | | Fan | | |
| 1 | | Gym Shorts | XL | 9.84 |
| | | Handkerchief | | |
| 1 | 1 | Headphones—Sony Koss | | 34.19 |
| | | Knit Cap | | |
| | | Kufi | | |
| | | Locker box | | |
| | | Pajamas | | |
| | | Prayer Rug | | |
| | | Photo Album | | |
| 1 | 1 | Radio | | 20. |
| | | Remote Control (universal) | | |
| 1 | 0 | Rosary/Cross/Pendant | | |
| 1 | | Sneakers—Nike Reebok | 8½ | 48. |
| 1 | | Socks 3 pk. | | |
| | | Sweatband—head/wrist | | |
| 1 | 1 | Sweatpants | XL | 14.77 |
| | | Sweatshirt w/hood | | |

| Quantity Requested | Quantity Approved | Item | Size | Cost $ |
|---|---|---|---|---|
| | | Sweatshirt no hood | | |
| | 1 | Television Color | 32.0?176 | 94.8 |
| | 1 | T-shirt no pocket | | |
| | | T-shirt pocket | | |
| | | Thermal Pants | | |
| | 1 | Thermal Top | XL | 7.20 |
| | | Towels | | |
| | | Underwear 3 pk.— boxer/briefs | | |
| | | Washcloths | | |
| | | Watch Battery (comm. watch only) | | |
| | | Wrist Watch | | |
| | | Bristle Pads | | |
| | | Brushes—low quality/high quality | | |
| | | Crayons | | |
| | | Pastels | | |
| | | Pencil Sharpener | | |
| | | Protractor | | |
| | | Ruler | | |
| | | Watercolor Markers | | |
| | | Watercolor Paints | | |
| | | Watercolor Pencils | | |

Reviewed by Property Officer: _____  Date: _6-13-0_

Received by Inmate: _____  Date: _7-8-02_

Distribute:  White – Property Officer
Pink – Commissary
Yellow – Inmate

FORM #: 661   (Rev: 11/00)
(3-part)

Please Note: This form must be submitted on your scheduled commissary day along with any other purchases you may have. At that time, the amount will be deducted from your account.



Inmate Copy

**GRIEVANCE FORM**

FACILITY: ___J.C.C___                   DATE: ___5-15-04___

GRIEVANT'S NAME: _Deveral L Bacon_     SBI#: _221242_

CASE#: _____                    TIME OF INCIDENT: _____

HOUSING UNIT: _23-A-U-7_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Since the day my body was placed in S.H.U. And M.H.U.
housein area I Along with thess Inmates (see attach sheet),
have witness the deprivation of The African American
women by the white male staff members. We All have
witness C/o's And Nurses being harassed, ' sexualy
undermind, And stalked by white And Black staff members.

The Black Female has been forced to be quiet or has seeked
Employment somewhere else.

ACTION REQUESTED BY GRIEVANT: For these Acts of "Cowardness" we seek
Compensation, We ask the Prison to put A memo in each staff (And Inmate
Area asking which ever ' African female who has been deprived
And harassed to submit An Affidavit under oath stating what
happen to Deveral L Bacon so they may be compensated by the Prison And The
Court.

GRIEVANT'S SIGNATURE: _____        DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED? _____ (YES) _____ (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____        DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED

MAY 1 7 2004

Inmate Grievance Office

| NAME | SBI | | |
|---|---|---|---|
| 1) DEVEARl L. BACON | 221242 | | Inmate Cop |
| 2) DAMONE FLOWERS | 303627 | | Damone Flowers |
| 3) MARTIN ROBERTS | 174059 | | martin Roberts |
| 4) mark Tingle | 381464 | | Mark Tingle |
| 5) ANTHONY KEMPER | 251715 | | anthony Kemper |
| 6) Tyreik Brown | 310676 | | Tyreik Brown |
| 7) Charles C. Cobb | 144612 | | Charles C. Cobb |
| 8) | | | |
| 9) | | | |

## GRIEVANCE FORM

FACILITY:_____     DATE:_____

GRIEVANT'S NAME:_____     SBI#:_____

CASE#:_____     TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____          DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?          _____(YES)   _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____          DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

State of Delaware        )
                         )        SS.        Affidavit of: _____
County of New Castle     )                   Dated: _____

## #174059        AFFIDAVIT

I, **MARTIN ROBERTS**____, being first duly sworn deposes and says that the foregoing
statement is true and correct observation of what occurred on the above date herein at/in
___SHU / MHU___ located in the Delaware Correctional Center, Smyrna, Delaware, in
that I was a part of or witnessed the incident described herein. I would clearly state under penalty
of perjury of the laws of the State of Delaware.

① SINCE I'VE BEEN IN THE SHU AND MHU
HOUSING AREA I NEVER KNEW THE CHANGES
MADE IN CLASSIFICATION.

② SINCE THE RECREATION TIME WAS TAKEN I'VE BEEN
UNDER STRESS.

③ THE C/o's PLAY WITH THE LIGHTS ALL THE TIME.

④ I WITNESS BLACK FEMALE C/o's AND NURSES BEING
DEPRIVED AND DISRESPECTED.

Affiant:        Martin Roberts
                Signature

                MARTIN ROBERTS
                Print Name
                Delaware Correctional Center
                1181 Paddock Rd.
                Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this ∂4 day of May , 2004.

My Commission Expires: June 14th 2004        Timothy J. Mast
                                             (Notary Public)

State of Delaware          )
                           )    SS.
County of New Castle       )

Affidavit of: _____
Dated: _____

## AFFIDAVIT

†33144

I, mark Tingle_____, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in MHU-B111_____ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

Since I've been in the S.H.U. and M.H.U.
housen area I have never knew the change
made in classification.
Since the recreations time was taken I've
been under stress.
The Clo's play with the lights all the time,
and I witness black female Clo's and nurses
be deprived and disrespected.

Affiant:    Mark Tingle
            Signature

            mark Tingle
            Print Name
            Delaware Correctional Center
            1181 Paddock Rd.
            Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 24th day of May_____, 2004.

My Commission Expires: June 14th 2004

            Timothy J. Mast
            Notary Public

Exhibit C

**GRIEVANCE FORM**

FACILITY: J.C.C (M.H.U.)    DATE: 12-19-5

GRIEVANT'S NAME: SEVEAR/ BACON    SBI#: 22/242

CASE#: 22612    TIME OF INCIDENT: 5:15 pm

HOUSING UNIT: 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I came out of Dining Hall "A" And got A pat-down search by Sgt. T. Srace. Sgt. T. Srace IN A VERY Slown mannER moved Along my ARMs then Slowly moved down my legs, but He then came back up my legs Slowly in A Slow motion turned this Right Hand up-Right hit under my "lower ArEA" Slowly then Slid his hand up the Crack of my buttox As A Slow cutting motion.

I told Sgt. Srace " that was Sexualy done", He Stated: "So What".

ACTION REQUESTED BY GRIEVANT: I want Sexual Harassment Charges filed on Sgt. Todd Srace And I want to be paid for my Mental pain I'm suffering. Sgt. Srace has Also stated Racial statements towards me.

GRIEVANT'S SIGNATURE: _____    DATE: Dec 19, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED? ___(YES) ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**RECEIVED**

DEC 2 7 2005

Inmate Grievance Office

## GRIEVANCE FORM

FACILITY: D. C. C.                     DATE: Dec 18, 2005

GRIEVANT'S NAME: Milek Watkins     SBI#: 355753

CASE#:_____             TIME OF INCIDENT: 5:17pm

HOUSING UNIT: MHU-22

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

for The Second time on Dec 18, 2005 I was searched
by Sgt Drace Mr Drace grabed + felt me in A
Sexual way Sgt Drace knows Iam A Homosexual
I told MR Drace As I was leaving the Dining Hall
At Dinner time your Sexually Harrissing me Sgt Drace
said you people Are Better off keeping your mouths
Shut This is RAcial + Sexualy Harassment

ACTION REQUESTED BY GRIEVANT: To be pAid for my pAin and
Suffering I Also want criminal charges filed AgAinst
Sgt Drace for his Actions

GRIEVANT'S SIGNATURE: _____ DATE: 12-20-05

WAS AN INFORMAL RESOLUTION ACCEPTED?     _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____     DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

State of Delaware            )                    Affidavit of: _Statement_
                            )    SS.             Dated: _Dec - 20, 2005_
County of New Castle        )

## AFFIDAVIT

I, _Milch Watkins_, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _1st Hll_ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

I Thought. I was The only Inmate being Sexualy harassed by Sgt Drace But I cater found out that I/m Deveart L. Bacon is Being Harassed Aswell Sexsuly by This Same Sgt Drace.

This is my Statement In Support of what future Steps mr Bacon will Take

Affiant: _____
              Signature

         _Milch A. Watkins_
              Print Name
         Delaware Correctional Center
         1181 Paddock Rd.
         Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _23rd_ day of _December_, 2005.

My Commission Expires: _June 14th, 2006_          _Timothy J. Mat_
                                                   (Notary Public)

Exhibit D



To: Devearl Bacon      MHU 23
From: Cassie Arnold, MHU 23
Date: Monday, May 24, 2004

Your classification this month was completely correct. Once you get the decision page back you have the right to appeal, write to Jayme Jackson for that. You need not contact anyone else regarding your classification.

On 5/9/2003 you were classified by Cindy Atallian, this is how you scored:
Robbery 1st: 6 Points
Age 33: 2 Points
Criminal History 1997 Robbery 1st: 4 Points
Worst Write Up: 3/31/2002 Disorderly and Threatening: 3 Points
Participation Job/Treatment: -1 Point
TOTAL: 14 POINTS

You also scored 14 Points in the May 2002 classification.

You scored 14 Points this May, identically as the May 2003.

Thanks,

Cassie Arnold

To: Several Bacon　　　MHU 23　　　　AU7
From: Cassie Arnold, MHU 23
Date: Wednesday, April 21, 2004

WOW! What a great job you are doing. Thanks for informing me. When we classify you in May, make sure you bring all that up again, so I don't over look it. I am impressed with all you have done. You'll get two points off I am sure. If you score 12 we'll get you to the compound. Keep up the good work.

Thanks,

Cassie Arnold

FORM 5 #584

**GRIEVANCE FORM**

FACILITY: J. C. C.

DATE: 5 - 26 - 04

GRIEVANT'S NAME: DEVEAR/ BACON

SBI#: 32/242

CASE#: _____

TIME OF INCIDENT: _____

HOUSING UNIT: 23 - A - U - 7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On 3-31-02 I recieved A "so-cAlled" write-up from C/o Mc Comb At GAnden Hill Prison, for this write-up I recieved 45 dAies Admin. Ses., I dane the (f) 45 dAies hand lockdown.

On 5-10-04 I was clAssified And the sAme Above Write up gives me 3 points, this is "double Jeopuady" And violates my Const. Amend. Rights.

ACTION REQUESTED BY GRIEVANT: I Along with thee other Inmates who Are And hAve been effected by these wrongs wAnt to be pAid 2 million dollars EAch for our suffering. A memo needs to be placed Around the prison so that those who have been effected can file claim.

GRIEVANT'S SIGNATURE: _____

DATE: MAy 26, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
GRIEVANT

April '97 REV

**RECEIVED**

JUN 0 1 2004

Inmate Grievance Office

Copy

DEVEARL L. BACON
#221242
23 - A - U - 7

Ms. Cassie Arnold
Counselor

April 29, 2004

Ms. Arnold;

Good-Day, I get classified in May. The reason why I'm writing is because of the write-up I have from M. I. C. J. F. dated 3-31-02., I'd like for that "so-called" write-up to be re-evaluated by S.C.C. classification, It is because of this write-up I have 3 points.

If this so-called write-up is read I'm sure it will show that C/O McComb was not threaten.

Cordially,

DEVEARL L. BACON

Exhibit E

Inmate Copy

**GRIEVANCE FORM**

FACILITY: _S. C. C._    DATE: _5 - 15 - 04_

GRIEVANT'S NAME: _Jevear/ L. Bacon_    SBI#: _221242_

CASE#: _____    TIME OF INCIDENT: _1:15 pm_

HOUSING UNIT: _23 - A - U - 7_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_I was classified on 5-10-04 by Lt. Porter and Cassie_
_Arnold there where changes made to the Classification_
_point system that I was not made aware of nor where these_
_other inmates (see attach sheet). These changes effect us_
_with un-seen Evil's. These changes are acts of racial profiling."_
_I along with these other inmates have also been put through_
_mental stress by the changes that where made with the_
_Recreation, these changes where made "without moral or_
_compassion". The Staff members have created a chaotic_
_experiment._

ACTION REQUESTED BY GRIEVANT: _A memo needs to be placed around the_
_prison so the Inmates who has been effected by these_
_damages can seek compensation. This is a Class Action_
_Grievance._

GRIEVANT'S SIGNATURE: _____    DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

**RECEIVED**

April '97 REV

MAY 1 7 2004

Inmate Grievance Office

Inmate Copy

| Name | SBI | Signature |
|---|---|---|
| 1) DEVEARl BACON | 221242 | |
| 2) DAMONE FLOWERS | 303627 | Damone Flower |
| 3) MARTIN ROBERTS | 174059 | Martin Roberts |
| 4) MARK TINGLE | 381464 | @Mark Tingle |
| 5) ANTHONY KEMPER | 251715 | Anthony Kemper |
| 6) Tyruce Brown | 310676 | Tyuue Brown |
| 7) Charles C. Cobb | 144612 | Charles E. |
| 8) | | |

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C

DATE: 5-27-04

GRIEVANT'S NAME: DEVEAR / L BACON

SBI#: 221242

CASE#:_____

TIME OF INCIDENT:_____

HOUSING UNIT: 23-A-U-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

There have been changes made in Classification, Recreation, And the "degree of mental cruelty", All this is happenning to Black Inmates because "we" don't have A Counselor of our Color; This is Racial Discrimination".

ACTION REQUESTED BY GRIEVANT: All Black Inmates who have been Effected by this "Racial Act" needs to be compensated. Also put out a memo so that those who have been effected Can file claim.

GRIEVANT'S SIGNATURE:_____

DATE: May 27, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____

DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

JUN 0 1 2004

April '97 REV

Inmate Grievance Office

Exhibit F

State of Delaware          )
                           )   SS.
County of New Castle       )

Affidavit of: _____
Dated:        _____

## AFFIDAVIT

I, Mark Tingle 339464, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in MHU - 24 located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

IN Nov. of 2003 I witness Cassie Arnold State" something Needs to be done about the changes made in Classification", Somebody needs to say something"

Affiant:    _Mark Tingle_
                    Signature

            _mark Tingle_
            Print Name
            Delaware Correctional Center
            1181 Paddock Rd.
            Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _19th_ day of _May_____, 200_4_.

My Commission Expires:                          _____
                                                Notary Public

State of Delaware          )
                           )    SS.
County of New Castle       )

Affidavit of:  _____
Dated:         _____

## AFFIDAVIT

I, *ANTHONY  KEMPER* , being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _____ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

1.) I HAVE NEVER BEEN NOTIFIED ABOUT THE CHANGES IN THE CLASSIFICATIONS SINCE IVE BEEN IN THE MHU AND BEFORE THEN EITHER. I HAVE RECIEVED POINTS THAT ARE NOT SUPPOSED TO BE THERE AND WHEN I SHOWED THE ERROR, NOTHING HAS CHANGED.'

2.) SINCE THE RECREATION TIME WAS TAKEN I HAVE BEEN UNDER STRESS. THE C/O's PLAY WITH ARE TIME, RECREATION, AND FEELINGS TO GET A HOSTILE OR MAYBE IGNORANT RESPONSE FROM US. THEY TREAT US LIKE WE ARE GUINEA PIGS AND OBJECTS FOR THEM TO DISPLACE ON OR TAKE THEIR HOSTILITY OUT ON.

3.) THE C/O's PLAY WITH THE LIGHTS ALL OF THE TIME. AS SAID ABOVE, THE C/O's IN 23 WILL TURN THE LIGHTS ON EARLY AND TURN THEM OFF LATE, OR THEY WILL JUST TURN THEM ON AND OFF ALL OF THE TIME, MAINLY 3.AM

Affiant: _____
Signature

ANTHONY  KEMPER
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this __25__ day of __May__, 200_4_.

My Commission Expires:

_____
Notary Public

State of Delaware      )
                       )   SS.
County of New Castle   )

Affidavit of: _____
Dated: _____

## AFFIDAVIT

I, _Tyrek Brown_____, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in _____ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

1.) Since I've been in the SHU and MHU housen area I haven't been made aware of changes in classification.

2.) Since the recreation time was cut short I've been under stress.

3.) The C/Os use the lights as a punishment, keeping them on all the time.

Affiant: _Tyrek Brown_____
                 Signature

_Tyrek Brown_____
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _25_ day of _May_____, 200_4_.

My Commission Expires:

_____
Notary Public

State of Delaware    )
                   ) SS.
County of New Castle  )

Affidavit of: _____
Dated: _____

## AFFIDAVIT

I, __DAMONE FLOWERS__, being first duly sworn deposes and says that the foregoing statement is true and correct observation of what occurred on the above date herein at/in __MHU 23__ located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

1. Upon being transferred from Gander Hill in July 2002, I was classified according to a new policy that had been implemented by the classification board or the administration. Almost a year later the classification structure has changed again, this time I was nt notified and the constant changes in the classification process has thrown my rehabilitation progress in total disarray.

2. The administration and/or lead workers (i.e. Lt. Sgt. Cpl.) on each shft (i.e. 8-4 p.m; 4-12 p.m.) keeps changing the recreation time, alternating it by cutting it short one day or letting the inmates out late on another day. They turn the water on and off at their discreation for no apparent reasons and they've been utilizing the lights as a form of punishment by cutting them on and off at all hours of the day and night.

Affiant: __Damone Flowers__
                                Signature

DAMONE FLOWERS
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this 24th day of __May__, 2004.

My Commission Expires: June 14th, 2004

__Timothy J. Martin__
(Notary Public)

State of Delaware )
                 )  SS.    Affidavit of: _STATEMENT_
County of New Castle )     Dated:        _1-11-05_

## AFFIDAVIT

I, _Greg D. Shields_____, being first duly sworn deposes and says that the foregoing
statement is true and correct observation of what occurred on the above date herein at/in
_D.C.C._____ located in the Delaware Correctional Center, Smyrna, Delaware, in
that I was a part of or witnessed the incident described herein. I would clearly state under penalty
of perjury of the laws of the State of Delaware.

Since i've been housed in S.H.U., M.H.U. I
have Been in different types of locked-downs.
In the month of Sept. 2004 I was placed in
new style of locked-down, and was never informed
of the Hued ships that I was to face.
    I need to Talk to Somebody!

Affiant: /Brandon D. Shields
                Signature

Greg D. Shields #256942
Print Name
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, Delaware 19977

SWORN TO AND SUBSCRIBED before me this _12_ day of _January___, 200_5_

My Commission Expires: _6-17-2006_

Notary Public

Exhibit G

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:     Inmate Duera l  Bocon , SBI# 221242 , Housing Unit 2 3
VIA:    Counselor _Harold_
FROM:   I.B.C.C.
DATE:   5/25/04
RE:     Classification Results

Your M.D.T. has recommended you for the following: Cont med H/C, Rec
K lelon, TFC, PK, MH, AdP

The I.B.C.C.'s decision is to:

____✓____ Approve _____

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____

### BECAUSE:

| | |
|---|---|
| ___ Lack of program participation | ___ Time remaining on sentence |
| ___ Pending disciplinary action | ___ Prior failure under supervision |
| ___ Gradual phasing indicated | ___ Poor institutional adjustment |
| ___ Open charges | ___ Serious nature of offense |
| ___ Prior criminal history | |

___ Failure to follow your treatment plan in that you _____

_____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good order of the Institution. Explanation: _____

OTHER: Rec. 5105 _____

### ADDITIONAL COMMENTS:

___ Develop/continue treatment plan with counselor

You will be expected to address the following:_____

_____

_____

Copy to: Classification
         Inmate
         Institution File

Form #456 (3 Part NCR)
Revised 11/97

Appendix E

## DELAWARE CORRECTIONAL CENTER — MEMORANDUM

TO:       Inmate _Deucial Locon_, SBI# _ZZ1242_, Housing Unit _Z1_
VIA:      Counselor _Zaroo_
FROM:     I/B.C.C.
DATE:     _Z/11/05_
RE:       Classification Results

Your M.D.T. has recommended you for the following: _Pn— maximriU_ _____

_____

_____

The I.B.C.C.'s decision is to:

__✓__   Approve _____

_____  Not Approve _____

_____  Defer _____

_____  Recommend _____

_____  Not Recommend _____

### BECAUSE:

| | |
|---|---|
| ____ Lack of program participation | ____ Time remaining on sentence |
| ____ Pending disciplinary action | ____ Prior failure under supervision |
| ____ Gradual phasing indicated | ____ Poor institutional adjustment |
| ____ Open charges | ____ Serious nature of offense |
| ____ Prior criminal history | |

____  Failure to follow your treatment plan in that you _____

_____

____  You present a current and continuous danger to the safety of staff, other inmates, or the good
order of the Institution. Explanation: _____

_____

**OTHER:** _Rev. 03/05_ _____

_____

### ADDITIONAL COMMENTS:

____  Develop/continue treatment plan with counselor

You will be expected to address the following: _____

_____

_____

Copy to: Classification
         Inmate
         Institution File

Form #456 (3 Part NCR)
Revised 11/97

# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one):   MEDICAL   DENTAL   MENTAL HEALTH

DEVEARL L. BACON
Name (Print)

23 - A - U - 7
Housing Location

4-27-69
Date of Birth

22/242
SBI Number

5 - 11 - 04
Date Submitted

Complaint (What type of problem are you having? ✓ 'd like to talk to someone about the stress that has come upon me for the past 2 years while being in the M. H. U.

Inmate Signature

May 11, 2004
Date

The below area is for medical use only. Please do not write any further.

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

DEVEAR L. BACON
Name (Print)

23 - A - U - 7
Housing Location

11-27-69
Date of Birth

22/242
SBI Number

5-26-04
Date Submitted

Complaint (What type of problem are you having)? I WAS SEEN ON 5-15-04 by A staff member who said He would come back and talk to me about my stress but NEVER came back.

Devearl Bacon
Inmate Signature

5-26-04
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:  Temp:_____  Pulse: _____  Resp: _____  B/P: _____  WT: _____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

**3/1/99 DE01**
FORM#:
MED
263

## Description

As you become more experienced with how the body relaxes, some quick methods of relaxation may be useful. This exercise describes several "quick-release" techniques which can be done almost anywhere.

Here are some pointers about all the exercises that follow:

Position—Get as comfortable as possible. Some of these exercises can be done while waiting in the doctor's office or at some other time when there's nothing to do but wait. It is not necesary to lie down to do them.

Attitude—Remain passive. Just watch your mind work. Whatever thoughts come to mind are okay. Do not work at it, just let it happen.

Sounds—Sounds are a natural part of the environment—just take note of them and let them pass.

Breathing—Focus inward on breathing as a natural, easy process.

### 1. Whole Body Tension

a. Tense everything in your whole body, stay with that tension, and hold it as long as you can without feeling pain.

b. Slowly release the tension and very gradually feel it leave your body.

c. Repeat three times.

d. Describe how this feels.

### 2. Imagine Air as a Cloud

a. Open your imagination and focus on your breathing.

b. As your breathing becomes calm and regular, imagine that the air comes to you as a cloud—it fills you and goes out. You may imagine the cloud to be a particular color.

### 3. Pick a Spot

a. With your head level and your body relaxed, pick a spot to focus on (eyes are open at this point).

b. When ready, count five breaths backward. With each breath allow your eyes to close gradually.

c. When you get to one, your eyes will be closed. Focus on the feelings of relaxation.

### 4. Counting Ten Breaths Back

a. Allow yourself to feel passive and indifferent, counting each breath slowly from ten to one.

b. With each count, allow yourself to feel heavier and more relaxed.

c. With each exhale, allow the tension to leave your body.

### 5. Shoulder Shrug

a. Try to raise your shoulders up to your eyes.

b. Hold for the count of four.

c. Now drop your shoulders back to a normal position.

d. Repeat three times.

### 6. Shoulder Rotation

a. Rotate your shoulders back, down and around, first one way, then the other.

b. Do one shoulder, then the other.

c. Now do both at the same time.

d. Note: This is also good for back, arms, and neck.

### 7. Cat S-t-r-e-t-c-h

a. Stand—feet slightly apart.

b. Take a deep breath as you stretch arms over head.

c. Slowly exhale as you lean forward, bringing arm and head down.

d. Do slowly and gently five times.

## Conclusion

Can you think of times that you can use these exercises every day? When are they?

# Quick Relaxation Techniques

## Description

As you become more experienced with how the body relaxes, some quick methods of relaxation may be useful. This exercise describes several "quick-release" techniques which can be done almost anywhere.

Here are some pointers about all the exercises that follow:

Position — Get as comfortable as possible. Some of these exercises can be done while waiting in the doctor's office or at some other time when there's nothing to do but wait. It is not necesary to lie down to do them.

Attitude — Remain passive. Just watch your mind work. Whatever thoughts come to mind are okay. Do not work at it, just let it happen.

Sounds — Sounds are a natural part of the environment — just take note of them and let them pass.

Breathing — Focus inward on breathing as a natural, easy process.

### 1. Whole Body Tension

a. Tense everything in your whole body, stay with that tension, and hold it as long as you can without feeling pain.

b. Slowly release the tension and very gradually feel it leave your body.

c. Repeat three times.

d. Describe how this feels.

### 2. Imagine Air as a Cloud

a. Open your imagination and focus on your breathing.

b. As your breathing becomes calm and regular, imagine that the air comes to you as a cloud — it fills you and goes out. You may imagine the cloud to be a particular color.

### 3. Pick a Spot

a. With your head level and your body relaxed, pick a spot to focus on (eyes are open at this point).

b. When ready, count five breaths backward. With each breath allow your eyes to close gradually.

c. When you get to one, your eyes will be closed. Focus on the feelings of relaxation.

### 4. Counting Ten Breaths Back

a. Allow yourself to feel passive and indifferent, counting each breath slowly from ten to one.

b. With each count, allow yourself to feel heavier and more relaxed.

c. With each exhale, allow the tension to leave your body.

### 5. Shoulder Shrug

a. Try to raise your shoulders up to your eyes.

b. Hold for the count of four.

c. Now drop your shoulders back to a normal position.

d. Repeat three times.

### 6. Shoulder Rotation

a. Rotate your shoulders back, down and around, first one way, then the other.

b. Do one shoulder, then the other.

c. Now do both at the same time.

d. Note: This is also good for back, arms, and neck.

### 7. Cat S-t-r-e-t-c-h

a. Stand — feet slightly apart.

b. Take a deep breath as you stretch arms over head.

c. Slowly exhale as you lean forward, bringing arm and head down.

d. Do slowly and gently five times.

## Conclusion

Can you think of times that you can use these exercises every day? When are they?

OLU FEMI ADESIMOLU

# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL   DENTAL   MENTAL HEALTH

DEVEAR L. BACON                              21-C-U-6
_____Name (Print)_____                  Housing Location

11-27-69            22/242              12-27-4
Date of Birth        SBI Number         Date Submitted

Complaint (What type of problem are you having)? I like to talk to
Me. Olu Femi About my problems with the Courts
And with lock-down. I've Also been having
problems with mail.

Deveal L Bacon                     12-27-4
_____Inmate Signature_____        Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____              _____
Provider Signature & Title                  Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH

DEVEAR L. BACON
Name (Print)

23 - A - LL - 7
Housing Location

11 - 27 - 69
Date of Birth

22/242
SBI Number

6 - 15 - 04
Date Submitted

Complaint (What type of problem are you having)? _I WANT to tAlK to MR. Olu Femi About my problem with my APPEAl._

Dereall R Bacon
Inmate Signature

June 15, 2004
Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:_____ Pulse:_____ Resp:_____ B/P:_____ WT:_____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL   DENTAL   (MENTAL HEALTH)

DEVEARL L. BACON _____ 23 - A - U - 7

Name (Print) _____ Housing Location

11-27-69 _____ 221242 _____ 7-1-04

Date of Birth _____ SBI Number _____ Date Submitted

Complaint (What type of problem are you having)? I NEED to tAlk to
Mr. Olu FEMi About my problEm with my
AppEAl

Devearl L. Bacon _____ July 1, 2004

Inmate Signature _____ Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____   _____
Provider Signature & Title            Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER
This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

DEVEAR / L BACON
Name (Print)

23-A-U-7
Housing Location

11-27-67
Date of Birth

22/24/2
SBI Number

8-15-04
Date Submitted

Complaint (What type of problem are you having)? I NEED TO TALK TO
Mr. Olli FEMi About my problems AND the
HEADACHES.

Aug. 15, 2004
Inmate Signature                                    Date

The below area is for medical use only. Please do not write any further.

S:

O:  Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____               _____
Provider Signature & Title                                    Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL   DENTAL   (MENTAL HEALTH)

DEVEARL L. BACON
Name (Print)

2/-C-U-6
Housing Location

11-27-69
Date of Birth

22/242
SBI Number

12-5-4
Date Submitted

Complaint (What type of problem are you having)? I Like to talk to MR.
O/u Femi About my problems with Counts, And with
lock-down.

Devearl Bacon
Inmate Signature

12-5-4
Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

Situation - Circumstances | Thoughts/Perspective | Feeling | NEW Perspective | New Feeling

Can't get Records

This is a great evil. This Against my rights

bitter
SAD
helpless

This is terrible. This ruins my whole day. Not Fair

SAD GLOOMY

Messes up my plans, but it's OK. Life goes on - One day

Satisfied Peaceful
10 Proof

Kevin H. Gordon

Exhibit H

COPY

Deverul L. Bacon
#221242
23-A-U-7

Mr. Kramer
Counselor

May 10, 2004

Mr. Kramer;

Good-Day., I was classified today
and there where changes made from last I was
in four case-load in 2003. Last year the
5 year prior has changed can you tell me
how it has changed when I got classified today.

Can you please also let me know any
other differences that have been changed
since 2003., Also let me know who's
responsible for these changes.

How come the inmates weren't notified
of these changes?

Deverall L. Bacon

COPY

DEVEARL L. BACON
#22/242
23 - A - U - 7

Ms. Atallian
Counselor

May 10, 2004

Ms. Atallian;

Good-Day, I was classified today and
there where changes made from last I was in
your case-load in 2002-2003, last year the 5
year prior history was different, and also in 2002
the write-up history was different, it has all changed
can you please tell me the differences of the "prior
history", and "write-up" from 2002-2004.

I also need to know why the inmates wasn't
informed and who is responsible for these changes

Cordially

DEVEARLL BACON

DEVEARL L. BACON
#321242
23-A-4-7

Cassie Arnold
Counselor

May 13, 2004

Ms. Arnold;

Good-Day, I'm writing to "clarify" the changes that have been made since I've last been classified May "03".

Could you please answer the following:

(Note: my aim is to find out who's made these changes so I can contact these individual(s).]

① As to the crime which the inmate is arrested, is 0-6 points covert?

② Now, the inmate also recieves points for prior history of crime which is

①

0-4 points ?

④ I was told that the "time" of fine years has changed (by yourself and Mr. Porter on my classified date "5-10-04"), where as the inmate getting classified on that date; Correct me if I'm wrong, in May of "03" my prior history would go back to 1998 so if I still had a prior crime I'll recieve points for that., So if this new changes would not been made I'd be getting rid of my prior history points some day ?

⑧ With the new prior history change is as thus: the fine years now goes from the year you got arrested to your prior crime and these points never go anywhere ?

© So in my case: I got arrested June 19/3, 2000 my prior was in 1996, I'd never get a chance at losing points with the new changes where as the old system of 2003 was in I'd have a chance to lose my prior history points ?

②

③ You have age history which hasn't changed?

④ The write-up history in the old system use to go back 5 years and now goes back 10 years in the new system, correct?

⑤ Can you tell me who's responsible for these changes;

⑥ How come the S.H.U. & M.H.U. didn't recieve a memo of these changes?

Thank You

DEVEARL L. BACON

⑤

Exhibit I

May 4, 2004

Peer Relations Participants and Facilitators,

I just received word that our guest speaker, Mrs. Kay Sturtz, cannot come to speak until Friday. Therefore, I have rescheduled group this week from Wednesday, May 5, 2004 to Friday, May 7, 2004 at 0930 hours.

See you all then.

Cindy Atallian
Counselor – 22

To: Bacon, Deveral          23          AU7T
From: Cassie Arnold, MHU 23
Date: Wednesday, May 05, 2004
Re: May Classifications

I apologize but I changed the date for May classifications to Monday,
May 10, at 1PM. I'll see you then!

Thanks,

Cassie Arnold

## PEER INTERACTION
## (IT'S ALL ABOUT YOU)

### Tentative Schedule

All sessions are held on Wednesday from 0940 – 1040 hours.

Week 1:          Wednesday, March 3, 2004
Week 2:          Wednesday, March 10, 2004
Week 3:          Wednesday, March 17, 2004
Week 4:          Wednesday March 24, 2004
Week 5:          Wednesday, March 31, 2004
Week 6:          Wednesday, April 7, 2004
Week 7:          Wednesday, April 14, 2004
Week 8:          Wednesday, April 21, 2004
Week 9:          Wednesday, April 28, 2004
Week 10:         Wednesday, May 5, 2004


Please remember to allow for cancellations.  If a week is
cancelled at the last minute, assume it will begin again the
following week.



# LESS STRESS

This certificate is awarded to

## Deveart Bacon

in recognition of valuable contributions to and
successful completion of Less Stress.

_____
Signature

12/3/03
Date

_____
Signature

12/3/03
Date



# CERTIFICATE OF PARTICIPATION

This certificate is awarded to

*Devereal Bacon*

in recognition of valuable contributions to

*It's All About You - Peer Relations*

_____
Cindy A. Mullen
Medium High Counselor–DOC

_____
Treatment Administrator– DOC

_____
Michael Bloekner
Facilitator

_____
Facilitator

_____
May 5, 2004
Date

Exhibit J

Copy

# 22/242
23 - A - U - 7

Cassie Arnold
Counselor

May 14, 2004

## Appeal of Classification

Ms. Arnold;

I want the classification on 5-10-04
to be done over, the Reason's are:

① I wasn't given the right amount
of points.

② You're stated on 5-12-04 "there was
an error in the documentation I read".

DEVEART L. BACON

Lt. Porter

Classification

May 14, 2004

Appeal of Classification

Lt. Porter;

Good-Day; I want the classification
on 5-10-04 to be done over, the Reason's are:

① I wasn't given the right amount
of points.

② I have a letter dated 5-12-04 from Ms.
Cassie Arnold stating "there was an error
in the documentation I read". I need
a copy of the classification sheet. (5-10-04)

DEVEARL L. BACON

#721242

23 - A - U - 7

Cassie Arnold.
Counselor

May 18, 2004

Ms. Arnold;

Good-Day, I was classified by your-self and Lt. Porter, I'd like to know how I started out this classification with 15 points.

I need your help on "all" details.

Thank You

DEVEARL L BACON

Copy

#22/242

23 - A - U - 7

Ms Stallian

Counselor

May 18, 2004

Ms. Stallian;

Good-Day, On 5-10-04 I was classified by Lt. Porter and Cassie Arnold; They started me out with 15 points, but the last time I got classified by you in 2003 I was given a point for working in the kitchen.

Was I suppose to start the classification back with 15 points without having a write-up?

Cordially,

DEVEARL L. BACON

Jayme Jackson
Classification

June 3, 2004

<u>Notice of Appeal</u>

Sir;

I want my Classification decision
5-24-04 Appealed for the following:

① I had a "so-called" write-up
on my jacket.

② I wasn't given my correct points
for labor and groups.

③ Never was informed of changes made
in Classification "tactics".

DEVEARL L. BACON

BACON
#221242
23- A- U - 7

(Copy)

Ms. Kay Sturtz
Counselor

May 19, 2004

Appeal of Classification

Ms. Sturtz;

Good-Day., On 5-10-04 I got classified by Lt. Porter and Cassie Arnold.;

① My points started out at 15, last year I started at 14 because I earned 1 point for working in the Kitchen; Mrs. Atallian was my counselor at the time.

② I was given 1 point On 5-10-04 so that put me back at 14, I then got the point for Cassie Arnolds group "Jew stress"; if you re-call I just compeletted Mrs. Atallian

①

"all about you" group on 5-7-04, now Ms Arnold knew that this point wasn't given that fast on my record because it was just ~~finished~~ (f) Friday that Mrs. Stallian group was finished -, Ms Arnold knew this because I informed her that I was about to finish Mrs Stallian group before the classification ~~group~~.

So when they started the classification Ms. Arnold was very quick to ask "how many groups did you complete", I told her 2, so she "changed" the completion of 1 group to 2 on the classification paper. (I'll explain why).

③ As Lt. Foster was going down the classification paper on my record was "a refusal to work" write-up, Ms. Arnold said I get "0" for it because of another write-up I got two years ago., I said to Cassie Arnold "I didn't refuse to work, I

"resigned for legal matters", I then
showed her the paper work, I then asked
"don't I get a point for working from
May "03" - Dec "03", nothing was said,
Ms. Arnold then said "I'm going to write
over this refusal to work part (on the classification
paper), she then said don't worry about it, I
said "that makes my record look bad".

④ I then was told of the 5 year prior history
changes that was made, and a number
that I will always stay at, I said to
Lt. Foster and Ms. Arnold the many changes
that was made in my last 3 classification
I was un-aware of.

Ms. Arnold knew that I was trying to use
the points that I scored in a good manner,
I've been in the M.H.U. for two years if

③

the points go up, at plant level from the next classification there is still an important issue (s) at bay; if my last classification in "03" counts for my classification in "04" then I should have started out with 14 points, for some reason I had a "refusal to work write-up" on my classification sheet which "casted a shadow" over the 5 months I labored for the prison, I should have recieved a point for that; I followed the rules so I could resign to do my post-conviction appeal for the 38 years that I have, I done it correctly because I had to resign from the Kitchen in 02-03 for legal (reason) reasons which Mrs. Stallian can be a witness to; that should have got me down to 13 points, I completted Mrs. Arnold group and got 1 point for that, which should have me at 12 points, Mrs. Arnold write me a week before classification date

(7)

and stated "if your down at 12 points
then I'll classify you to the compound",
Now lets say my classification starts over
every classification and I had to start at
15, I get the point for Cassie Arnold group
however I still had another group which I
just finished, now with this point in "05"
would start my points at 14 and a point taken
off my write-up because of time 13 points, and
lets say maybe another group or getting my job
back 12 points, but "Ms Arnold was very fast
to ask "how many-groups I completed" putting
(1) Mrs. Atallian group point with her group point
and only making 1 point for the total of what I
could have gotten for 2., Thus making my chance
for getting classified to the compound in "05" that

(5)

much harder, because sometimes it's
hard to get put on groups list and jobs, and
with all this in mind Ms. Cassie Arnold
committed "an underminding evil", And you
know for the record, "She done it with a
straight face".

I have all letters and responces that can
prove everything that is written down., I can prove:
I resigned, how many points I have, records of
each group and responce for all and every above.

Wherefor I ask that I be re-classified (at)
and
the this Appial is taken.

Cordially,

DEVEART L. BACON

⑥

Note :

Mrs. Quartz, if you look at my original classification sheet 5-10-04., You'll see the direct changes made on the sheet., I need a copy of this classification sheet so I can perseve the evidence for a ladder date.

RUSSARLL BACON

✖ Mr. Arnold just wrote me 5-12-04 stating "That was an error in the documentation I read".

June 7, 2004

Devearl Bacon
23
AU7

I received your letter. All of your information will go to your new
counselor when you move to a new location. Therefore, I have
forwarded your request for information to Ms. Arnold.

Thank you,

Cindy Atallian
Counselor – 22

Exhibit K

**GRIEVANCE FORM**

FACILITY: J. C. C.                    DATE: 9-12-04

GRIEVANT'S NAME: DEVEAR / BACON      SBI#: 221242

CASE#: 7579                           TIME OF INCIDENT: 12:01 AM

HOUSING UNIT: 21-C-U-6

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On Tue. 9-7-04 I was housed In my cell until
Thur 8:45 pm. This was a clear violation of U.S.
Cons. Amendments Rights.

On Tue. 9-7-04 I was changed from M.H.U.
lock-down to S.H.U. lock-down with out Notice
of my hardship.

ACTION REQUESTED BY GRIEVANT: Pay myself Along with the Inmates
who has Suffered these hardships for the mental
damages Caused

GRIEVANT'S SIGNATURE:                 DATE: Sept. 12, 2004

WAS AN INFORMAL RESOLUTION ACCEPTED?        (YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____        DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE                          **RECEIVED**
    GRIEVANT
                                              SEP 2 1 2004

April '97 REV
                                              Inmate Grievance Office

Appendix E

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:       Inmate _Bacon, Devearl_, SBI# _22 1242_, Housing Unit _M-21_
VIA:      Counselor _____ Simms
FROM:     I.B.C.C.
DATE:     _7/2/04_
RE:       Classification Results

Your M.D.T. has recommended you for the following: _Max 1 S Hu_

_____

The I.B.C.C.'s decision is to:

_✓_ Approve _Max/MHu program_

_____ Not Approve _____

_____ Defer _____

_____ Recommend _____

_____ Not Recommend _____


**BECAUSE:**

_____ Lack of program participation          _____ Time remaining on sentence
_____ Pending disciplinary action            _____ Prior failure under supervision
_____ Gradual phasing indicated              _____ Poor institutional adjustment
_____ Open charges                           _____ Serious nature of offense
_____ Prior criminal history
_____ Failure to follow your treatment plan in that you _____

_____

_____ You present a current and continuous danger to the safety of staff, other inmates, or the good
      order of the Institution. Explanation: _____

OTHER: _PDN: D/100_


**ADDITIONAL COMMENTS:**

_____ Develop/continue treatment plan with counselor


You will be expected to address the following: _____

_____

_____

Copy to:  Classification
          Inmate                                          Form #456 (3 Part NCR)
          Institution File                                Revised 11/97

Box #21
C-wing



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN I**
**OFFICE OF THE SHU/MHU CAPTAIN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6668

### MEMORANDUM

| | |
|---|---|
| TO: | All SHU Staff<br>All MHU Staff |
| FROM: | Clyde D. Sagers, Captain |
| DATE: | September 23, 2004 |
| RE: | MHU 21 Inmates/Procedures |

Inmates will be cuffed from behind at the cell door whenever they are being removed from tier. Additionally Inmates will be cuffed from behind when they meet with any staff in the tier interview room.

The schedule for MHU 21-Max visits will be as follows:

Monday/Tuesday/ Thursday/Saturday
8:30, 9:30 and 10:30

All visits will be escorted from Building 21 to Building 20. The inmates will be cuffed from behind at the cell door and when they reach the closed visiting area in Building 20, the handcuffs will be removed when placed in the room.

The Recreation Department will provide games and basketballs. Recreation for MHU 21 Max will be done as follows:

Monday:
Cells L1, L2, L3 Recreation at 12:30
Cells L4, L5, L6 Recreation at 13:30
Cells U1, U2, U3 Recreation at 18:30
Cells U4, U5, U6 Recreation at 20:30

Tuesday:

      Cells L7, L8, L9 Recreation at 12:30
      Cells L10, L11, L12 Recreation at 13:30
      Cells U7, U8, U9 Recreation at 18:30
      Cells U10, U11, U12 Recreation at 20:30

Wednesday:

      Cells L1, L2, L3 Recreation at 08:30
      Cells L4, L5, L6 Recreation at 09:30
      Cells U1, U2, U3 Recreation at 18:30
      Cells U4, U5, U6 Recreation at 20:30

Thursday:

      Cells L7, L8, L9 Recreation at 12:30
      Cells L10, L11, L12 Recreation at 13:30
      Cells U7, U8, U9 Recreation at 18:30
      Cells U10, U11, U12 Recreation at 20:30

Friday:

      Cells L1, L2, L3 Recreation at 08:30
      Cells L4, L5, L6 Recreation at 09:30
      Cells U1, U2, U3 Recreation at 18:30
      Cells U4, U5, U6 Recreation at 20:30

Saturday:

      Cells L7, L8, L9 Recreation at 12:30
      Cells L10, L11, L12 Recreation at 13:30
      Cells U7, U8, U9 Recreation at 18:30
      Cells U10, U11, U12 Recreation at 20:30

Sunday:

**There is no recreation.**

## **\*\*This schedule will alternate every 2 weeks!**

Phone calls will be given according to the Quality of Life Levels and will be given during recreation time. Staff will keep a logbook record of all the phone calls and assure that the inmate is getting the allowed number of calls dictated by his Quality of Life Level.

Legal material requests will be sent via mail to the MHU library.

Commissary lists will be placed in the commissary box on the tier when the inmate comes out for recreation and will be picked up by the commissary personnel every other Monday.

Hazel Showell, Ron Hosterman, and I are evaluating educational opportunities. Information concerning this issue will be forthcoming.

Movies will be shown on the 4x12 shift.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

Gregory DeShields
Name (Print)

MHU MAX 2, CU2
Housing Location

6 / 11 / 71
Date of Birth

256942
SBI Number

_____
Date Submitted

Complaint (What type of problem are you having)?  I Like TO Talk TO

OLU Femi about my lock down problems.

_____

_____

Gregory DeShields
Inmate Signature

1 / 11 / 05
Date

**The below area is for medical use only.  Please do not write any further.**

S:

O:    Temp:_____  Pulse:_____  Resp:_____  B/P:_____  WT:_____

A:

P:

E:

_____
Provider Signature & Title

_____
Date & Time

3/1/99 DE01
FORM#:
MED
263

SEVEAR L BACON
#22/242
22-B-U-2

OLU FEMI
Mental Health

July 4, 2005

Mr. Femi;

Good-Day, Can You please come in talk to me about my problems with my Public Defender and the Prison.

Cordially,

Seiear L Bacon

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL DENTAL **MENTAL HEALTH**

Severan/ L. Bacon     23 - A - U - 7
Name (Print)          Housing Location

11-27-69     220/0/2     Aug 29, 2004
Date of Birth    SBI Number     Date Submitted

Complaint (What type of problem are you having)? __I would like to talk to someone about my problem please.__

Severan/ Bacon     Aug. 29, 2004
Inmate Signature        Date

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:_____   Pulse:_____   Resp:_____   B/P:_____   WT:_____

A:

P:

E:

_____      _____
Provider Signature & Title          Date & Time

3/1/99 DE01
FORM#:
MED
263

Exhibit L

**GRIEVANCE FORM**

FACILITY: D.C.C.

DATE: Aug. 15, 2005

GRIEVANT'S NAME: DEVEAR / BACON

SBI#: 221242

CASE#: _____

TIME OF INCIDENT: _____

HOUSING UNIT: 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

It has been learned the "Classification" System has changed - again, Inmates where never informed of the changes.

This is profiling.

ACTION REQUESTED BY GRIEVANT: To give a list of "All" the changes made to classification system in past 2 years.

GRIEVANT'S SIGNATURE: _____ DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

SEE Original

BER / OCTOBER 2005

# Good Things Come to Those Who Wait

Treatment Administrator Ron Hosterman

Changes in the Classification process last month left many men, who have already peacefully served a long period, wondering if they would end up moving somewhere due to new criteria about crime, time, escape, or assault and, I spoke with some of you about your questions, as you would see me in various locations around the institution. I want to thank you for your patience; now there has been a revision of criteria and counselors have received new directions.

In the revised criteria, only escapes within five years of the classification review or staff assaults within two years of the review mandate placement in Maximum Security, regardless of overall score. Also, the revised criteria require that a man with 20 years or more to his release date (including lifers) or serving an offense rated as the highest severity (e.g., murder first, rape first, robbery first, etc.) must have served ten years before he may be placed in Minimum Security, regardless of overall score.

Scores will change for some men due to scoring a new element of time left to serve (calculated only if you have less than 10 years already served), and due to longer considerations of criminal histories (up to ten years prior to commitment) and disciplinary histories (up to eighteen months prior to the classification review).

We have already started looking at what proportion of residents in a security level or building will be re-rated in their security assignments to determine if other changes would be needed.

Please continue to work with your counselor to better understand your individual case.



Reggae Wi.
Matisya!
Mathew Mi
teenage "D
down his 1
out to follo
concert. No
likely lead
experiences.
bands, to the
Colorado, hi
towards the
Rocky Mou
that Hashen
get more in
if there is a
An awe-ins
19 and me
park. Mille
adopted the
age 26, M
performs cc
second albu
Is that
Hashem?
Mountains
there would
majestic pla
living in d
there are arh
neon'

"African- Ame·         man (blacke) def·

FORM 13 #58

**GRIEVANCE FORM**

FACILITY: _D.C.C._

DATE: _March 29, 2006_

GRIEVANT'S NAME: _Jevear/ C. Bacon_

SBI#: _22/242_

CASE#:_____

TIME OF INCIDENT: _3-28-06 ; 9:45 Am._

HOUSING UNIT: _MHU & SHU_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

I Along with untold amount of Inmates was Classified under
the New Classification System. After Inmates work hard to
improve "their quality of Life", under the new system it dosen't
matter.

I was given 16 points under old system & with new system the
Adding of 4 more points. I Along with every Inmate Classified under
this New system has suffered Mental Stress(s).
" With Adding of more points places Inmates in un-fair higher
Securities".

ACTION REQUESTED BY GRIEVANT: _Under Del. Title 11 § 6529 (6) ; "The_
_Institutional Classification Board's purpose is the organization_
_And harmony of inmate Life"., Each Inmate Needs to be paid_
_for pain & suffering for years of Mental Cruelty. " I dare to_
_Ask Fraud"._

GRIEVANT'S SIGNATURE:_____

DATE: _March 29, 2006_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____ DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

March 27, 2006

Devearl Bacon, 221242
22
BU2

I received your information that you sent about your motion. I have also given Mrs.
Jackson her copy.

Thank you,

Cindy Atallian
Counselor – 22

# 321242
22-B-u-2

Mrs Attlian
Counselor

March 29, 2006

Mrs Attlian;

On 3-28-06 I was classified with 20 points As total.
You said "you would refer for me to stay at my status Med High MHU
to the High Board".

If I'm Denied could you please let me Know (ASAP so I can send
out important works to family Paper, Books etc.), And file an appeal on my Behalf.

My Appeal Grounds Are:

① When you went back 10 years on write-up history
you didn't go back on 10 years of completed programs.

② The Counts Are Ruling on Classification at stay.

Mrs Attlian you said "you would put an appeal in for me, can you please
inform me of my hardships which I will face.

Cordially

CC: File

Deverall L. Bacon

April 4, 2006

Devearl L. Bacon 221242
22
BU2

I will date stamp your decision sheet and mail it out immediately upon my receipt of that document. I will not know, however, until after the IBCC reviews and the Warden signs off on the minutes. However, I will not delay in mailing out the decision once it is received.

You did have a question about write-up history. We go back 5 years for write-up history for most severe write-up. We go back 10 years prior to the start date of this incarceration for prior convictions. Program completion goes back to the date of the last classification.

If you have any other questions, just let me know.

Cindy Atallian
Counselor – 22

Exhibit M

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
**OFFICE OF THE INMATE GRIEVANCE CHAIRPERSON**
1181 Paddock Road
SMYRNA, DELAWARE 19977

**MEMORANDUM**

To:     Inmate    Bacon, Deveari    00221242              23

From:   Corporal L. M. Merson, I. G. C.

Date:   Friday, May 28, 2004

Re:     Representative Nomination

_____

You have been nominated for the position of Inmate Grievance Representative. Please Check one of the following, sign, date and return this form by Tuesday, June 01, 2004 @ 0700. Put form in your building grievance box.

Thank You.

_____ I **accept** the nomination for Inmate Grievance Representative and if Voted into the

Position I will serve.

_____ I **do not accept** the nomination for Inmate Grievance Representative and do not

wish to be on the voting ballot.

_____

Signature                                    Date

cc:  File

# VOTE
# INMATE GRIEVANCE REPRESENTATIVES

The names listed below are your choices for Inmate Grievance Representatives for MHU 23.
Out of the 11 names on the ballot you can only **pick 4**.
Please check in the appropriate area beside the individual's name, and then place the
ballot in the Grievance Box by 7:00 a.m. Thursday, June 10, 2004.

_____    John Tait

_____    James Riley

_____    Kevin Jamison

_____    James Llewellyn

_____    Benjamin Whiteman

_____    Jamar, White

_____    James Trump

_____    Thomas Wright

_____    James Crow

_____    James Hall

_____    Gregory Summers

# Nominate

# Inmate

# Grievance

# Representatives!

**Nominations must be submitted no later then Monday 5/24/04 at 0700 in your building grievance box!**

Posted 5/21/04 with nomination slips.

GRIEVANCE FORM

FACILITY: $\int \cdot C \cdot C$ .                    DATE: $6 - 3 - 04$

GRIEVANT'S NAME: $SEVERR / L. BACON$    SBI#: $22/242$

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT: $23 - A - U - 7$

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_For Not having an adequate Grievance System_
_the prison has denied the Inmates Due Process_
_Rights_
_____
_____
_____
_____
_____
_____
_____

ACTION REQUESTED BY GRIEVANT: _Compensate S.H.U. + M.H.U._
_Inmates for there lost of there Rights_
_____

GRIEVANT'S SIGNATURE:                    DATE: _June 3, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED?    ____(YES)    ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## GRIEVANCE FORM

FACILITY: _S C C_  DATE: _7-18-04_

GRIEVANT'S NAME: _Deverall C. Bacon_  SBI#: _221242_

CASE#: _____  TIME OF INCIDENT: _____

HOUSING UNIT: _23-A-U-7_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_It's been more than 2 months since I along with_
_other Inmates filed "Class-Action" Grievance's_
_for the following issue's: (1) Rec-Time (2) Classification_
_Changes, (3) Cruel Act's with Lights (4) Sexual Harassment_
_on African Females, (5) Racial Profiling, (6) Tax Fraud_
_(7) And Not having an adequate Grievance Board._

ACTION REQUESTED BY GRIEVANT: _To be paid for pain and_
_suffering._

GRIEVANT'S SIGNATURE: _____  DATE: _July 18, 2004_

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

Exhibit N

GRIEVANCE FORM

FACILITY: _S.C.C._                     DATE: _Oct. 27, 2005_

GRIEVANT'S NAME: _DeVearl Bacon_      SBI#: _22-1242_

CASE#:_____               TIME OF INCIDENT:_____

HOUSING UNIT: _22-B-12-2_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The Counes/ors for S.C.C. Inmates both
Compound in Shell + M.H.U. Housen Areas Are
over worked in each of their "individual" caseloads".

With to many Inmates in counselors caseGads
Inmates are having sentencing orders, personal problems,
And classification either over looked or held.

ACTION REQUESTED BY GRIEVANT: _Need More Counselors._

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?  (YES)    (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

See Original

**GRIEVANCE FORM**

FACILITY: _S.C.C._

GRIEVANT'S NAME: _Devean/ Bacon/_

CASE#:_____

HOUSING UNIT: _22-B-u-2_

DATE: _Aug. 15, 2005_

SBI#: _221242_

TIME OF INCIDENT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

_We have been "stuck" in S.H.U. + M.H.U._
_with no chances of realy getting out. There are_
_not enought programs, Groups, or Jobs to help us get_
_our "so-called" points down._

_This Idleness Needs to Change._

ACTION REQUESTED BY GRIEVANT: _Pay the Inmates for suffering_
_for these Acts from the past 3 years._

GRIEVANT'S SIGNATURE:_____   DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?     (YES)     (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

See Original

March 4, 2005

To:        Devearl Bacon
           MHU 21 CU6

From:      Todd Kramer
           MHU 21 and 23 Counselor

Subject:   Letter Received through in-house mail

I have received your letter through in-house mail recently. When I compute your
classification score we will ascertain where you should be at that time.


Thank you for your patience.

Cc:    Treatment File

## DELAWARE CORRECTIONAL CENTER ---- MEMORANDUM

TO:     Inmate _____, SBI# _____, Housing Unit _____
VIA:    Counselor _____
FROM:   I.B.C.C.
DATE:   _____
RE:     Classification Results

Your M.D.T. has recommended you for the following: _____
_____
_____

The I.B.C.C.'s decision is to:

___ Approve _____

___ Not Approve _____

___ Defer _____

___ Recommend _____

___ Not Recommend _____

**BECAUSE:**

___ Lack of program participation          ___ Time remaining on sentence
___ Pending disciplinary action            ___ Prior failure under supervision
___ Gradual phasing indicated              ___ Poor institutional adjustment
___ Open charges                           ___ Serious nature of offense
___ Prior criminal history
___ Failure to follow your treatment plan in that you _____
_____

___ You present a current and continuous danger to the safety of staff, other inmates, or the good
    order of the Institution. Explanation: _____

OTHER: _____
_____

**ADDITIONAL COMMENTS:**

___ Develop/continue treatment plan with counselor

You will be expected to address the following: _____
_____
_____

Copy to: Classification
         Inmate                                     Form #456 (3 Part NCR)
         Institution File                           Revised 11/97

Exhibit O

**GRIEVANCE FORM**

Inmate Copy

FACILITY: D.C.C.    DATE: 5-15-04

GRIEVANT'S NAME: DEVEARL BACON    SBI#: 221242

CASE#: _____    TIME OF INCIDENT: _____

HOUSING UNIT: 23 - A - W - 7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Since my body have been placed in S.H.U. + M.H.U.
housen area I've undergone stress. I Along with these
other Inmates have been used by C/o's As "lab mice".
The C/o's in the S.H.U. + M.H.U. use the very bright
lights As a tool for punishment.

Now our eye's give us problems with natural
Light.

ACTION REQUESTED BY GRIEVANT: A memo needs to be placed around
the prison so the Inmates who has been effected by
these cruel actions can seek compensation. This is A
class action Grievance

GRIEVANT'S SIGNATURE: _____    DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)  _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____    DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED

MAY 1 7 2004

April '97 REV    Inmate Grievance Office

FORM #584

## GRIEVANCE FORM

FACILITY: D.C.C.

DATE: 5-15-04

GRIEVANT'S NAME: DEVEAR/BACON

SBI#: 221242

CASE#:_____

TIME OF INCIDENT:_____

HOUSING UNIT: 23-A-LL-7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Since my body have been placed in S.H.U. + M.H.U. housen Area I've under gone stress. I Alons with these other Inmates have been used by C/o's As "lab mice". The C/o's in the S.H.U. + M.H.U. use the VERY bright lights As a tool for punishment.

Now our eye's give us problems with Natural Light.

ACTION REQUESTED BY GRIEVANT: A memo needs to be placed Around the prison so the Inmates who has been Effected by these cruel Actions can seek compensation. This is A Class Action Grievance

GRIEVANT'S SIGNATURE:_____ DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

| NAME | SBI | SIGNATURE |
|------|-----|-----------|
| 1) DEVEARl BACON | 221242 | |
| 2) Damond Howers | 303621 | Damoni Howers |
| 3) MARTIN ROBERTS | 174059 | Martin Roberts |
| 4) mark Tingle | 381464 | Mark Tingle |
| 5) ANTHONY KEMPER | 251715 | Anthony Kemper |
| 6) Tyrell Brown | 310476 | Tyrell Brown |
| 7) Gregory DeShields | 256942 | Gregory D. Shields |
| 8) MARCUS HAMilton | 254675 | Marcus Hamilton |
| 9) Charles E. Cobb | 144612 | CHARLES C. Cobb |

10 of 2 GRIEVANCE FORM

**FACILITY:** S. C. C.

**DATE:** June 18, 2005

**GRIEVANT'S NAME:** SEVEARL C. BACON

**SBI#:** 221242

**CASE#:** 18851

**TIME OF INCIDENT:** 5:00 AM

**HOUSING UNIT:** 22-B-U-2

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

On About 7-18-05 lights were cut on
for Inmates housed on 22-B-Unit 5:00AM. At
About 6:00 AM Inmates were locked in there
Room (After eating breakfest); the lights were left
on until 7:15 AM.

On thee Above date in time Inmates housed on
B-Until Along throughout M.H.U. + S.H.U. have Asked
Connectional Officers "If they could please cut off
lights", And C/o's don't cut them off.

**ACTION REQUESTED BY GRIEVANT:** The lights have been used As
tools for punishment for the past "3 years".
We need up-close photo's of lichts (while on) so
that this evidence will (10) be preserved for A
jury to see.

**GRIEVANT'S SIGNATURE:** _____

**DATE:** June 18, 2005

WAS AN INFORMAL RESOLUTION ACCEPTED?  ____(YES)  ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

**GRIEVANT'S SIGNATURE:** _____  **DATE:** _____

RECEIVED

JUL 2 5 2005

Inmate Grievance Office

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
     GRIEVANT

See Att

April '97 REV

RECEIVED

JUL 25 2005

Inmate Grievance Office

1. JOE SANDERS
2. Jack Bockman #230851
3. N. Rick DiZebo #294324
4. Bri Carter 26998
5. Kevin d. washing 211354
6. ANDRE T. WilliAms.
7. JOHNNY LOPEZ SBI 459148
8. Chi Viditto 492696
9. R Coombes 448044
10. Anthony Darnell 296608
11. Christopher Foster 337997
12. MARCUS HAMilton 256618

13. Devon Garner 367685

14. 320940
15. Andre R. Thomas #138598
16. Michael Evans #416708
17. Johnny O. Saul #195386
18. Alonzo Jones 160185
19. Jamel Mott

21. James O'Neal
22. DAVID MUZZI
23. Howard Hayward
24. Kenneth Luke
25. Deneal J. Baron
26. #212242
27. Charles D. Ford 144612

(1885)

## Certificate of Service

I, _Severnl L. Bacon_ , hereby certify that I have served a true

and correct cop(ies) of the attached: _Exhibit's To Class_

_Action_ _____ upon the following

parties/person (s):

TO: _Ms. Elizer Kelly_         TO: _____

_Deputy Attorney Gen. Office_

_820 N. French St._

_Wilmington, Del._

_19801_

TO: _____         TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United
States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE
19977.

On this _11_ day of _____ 2006