IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-254-JJF ) |
| GOVERNOR RUTH ANN MINNER, COMMISSIONER STAN TAYLOR, WARDEN CARROLL, DEPUTY WARDEN BURRIS, DEPUTY WARDEN MCGUIGAN, SECURITY SUPERVISOR CUNNINGHAM, SECURITY SUPERVISOR HOLMAN, SERVICE MANAGER HUDSON, TREATMENT ADMIN. HOSTERMAN, S/LT. WILLIAMS, S/LT. RAMONE TAYLOR, S/LT. PROFACI, LT. BOONE, LT. PORTER, INVESTIGATOR DRAKE, LEGAL SERVICES MIKE LITTLE, SGT. T. DRACE, SGT. KRUMPLER, C/O MORGAN, CORPORAL L. M. MERSON, C/O PARKS, C/O WELLS, C/O STEPHEN MCCLAIN, CASSANDRA ARNOLD, CINDY ATTLIAN, TODD KRAMMER, JAYME JACKSON, LT, SEACORD, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |



FILED
MAY 08 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Devearl L. Bacon, SBI #221242 request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $10.13 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _April 27_, 2006.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _____May 4_____, 2006.

_____
Signature of Plaintiff

