UNITED STATES COURT OF APPEALS
FOR THE 3ʳᵈ : CIRCUIT

DEVEARL L. BACON

Plaintiff - Appellee,

v.

Defendant - Appellant.

Case No. 06 - 254 - JJF

Application for Certificate of Appealability

## NOTICE AND INSTRUCTIONS

Your application for a certificate of appealability will be evaluated by the court using these standards:

**Certificate of Appealability.** There must be a substantial showing of the denial of a constitutional right by demonstrating that the issues raised are debatable among jurists, that a court could resolve the issues differently, or that the questions deserve further proceedings.  28 U.S.C. § 2253(c); *Lennox v. Evans*, 87 F.3d 431 (10th Cir. 1996).

**FAILURE TO SET FORTH FACTS AND ARGUMENTS SHOWING THAT YOU MEET THE APPROPRIATE STANDARD WILL SUBJECT YOUR APPEAL TO DISMISSAL WITHOUT FURTHER NOTICE.**

You may use this form to furnish a statement of the case, the issues you intend to raise on appeal, and the reasons your appeal meets the applicable standards. The form is intended to guide you in meeting the above standards. If you need more space to answer, additional pages may be attached. The information you furnish, together with the full record of the proceedings in the district court, will be the basis for this court's decision. You should bear in mind that an appeal is not a retrial, but rather a **review** of the district court's judgment and record of proceedings.

## APPLICATION

1. **Statement of the Case.** (This should be a brief summary of the proceedings in the district court.) Plaintiff brought 7 claims against DCC Prison (Delaware). Plaintiff sought Class Action. This is not Plaintiff's first District Court Claims. District Court Dismissed All 7 Counts. Plaintiff OjE Objects for Reasons that Complaint Could been Amended + Jury would believe "Cons. Violations" At A Trial

2. **Issues to be Raised on Appeal.** (New issues raised for the first time on appeal generally will not be considered.)
Plaintiff bases All 7 Claims on Cases from "Federal Prisoners Rights" 3 Vol. Cases. Plaintiff Can give Showing of Constitutional No Violations, if given Chance to Apply "Case Sites" with Issues, By Amendment And Pre-Trial Discovery.

3. **Summary of Your Argument Showing that Your Appeal Meets the Standards Stated on Page 1.**
Plaintiff (Appellee) has Raise Consititutional Violation At 1983 District Court (Respectfully) Didn't Apply it's Dicision Correctly to Plaintiff's Raised Claims. A jury would Reasonably Agree with Plaintiff Claims of Cons. Prejudice which He Suffered from "with Case Law if given the Chance Applyed or Amended to Original Claims.

COA-1  Application for Certificate of Appealability 1/99                                    Page 2

(See Exhibit B)

4. **Do you think the district court applied the wrong law? If so, what law do you want applied?** CASES which Other INMATES RAISE ON such Claims AS Plaintiff have won in 3rd Cir And US Courts. Plaintiff's Asserts District Court Applied Wrong Law. (See exhibit A)

5. **Did the district court incorrectly decide the facts? If so, what facts?** All 7 Counts could (And was) have been Amended to Original Complaint. *Each of 7 Claims brought Against DCC. (del) was All based on D.C.C. Prisons "Own" Policy's. Plaintiff Raised Claims with foundation of Prison Violated it's Own Policy's.

6. **Did the district court fail to consider important grounds for relief? If so, what grounds?** When District Court stated "Amendment of the Complaint would be futile". (See Exh. A, pg. 20) Plaintiff could over come A bar "if standards for where not met". With an Amendment.

7. **Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?** Plaintiff's 1983 form was Asserted with Exhibit's to show Prison Violated it's own policy's. Plaintiff with Case Law, Amendments, And Exhibit's would be enought for A Jury to find that Plaintiff's Constitutional Violations have been Violated. Plaintiff Also sought for Class Action District Court stated "is inadequate to represent the interests of His fellow inmates in class action"(pg 21) Plaintiff would have Filed for Appointment of Counsel.

District Court MEMORANDUM (Exhibit A) gives A showing of Arguments And Consititutional Violations which Plaintiff suffered A Review from 3rd Cir Court with "Further detail" with Plaintiff's 1983 Exhibits will Show A "REASONABLE Jurist" would Agree that Prison's Violated Plaintiff's Cons. Rights And Court Applied Wrong wrong Laws.

8. **What action do you want this court to take in your case?** HAVE AN REVIEW OF All 7 Claims AND REVIEW Plaintiff's Side OF ISSUES REVERSE ISSUES which Plaintiff CAN demonstrate INFRONT OF A JURY. GRANT AN Counsel for such AN hearing so Plaintiff CAN Aid Counsel ON Plaintiff's 7 CLAIMS.

9. **Were you required to seek and exhaust administrative remedies prior to filing your claim in district court? If yes, what steps did you take to exhaust those remedies?** All Claims where Exhausted. Defendant's had burden to prove that they wasn't.



Maly 20, 2006
Date                    Signature

## CERTIFICATE OF SERVICE

**I hereby certify that on** _SEVEARl BACON_ **I mailed a copy of**
                              (date)

**the Certificate of Appealability:**

to _ATTORNEY GENERAl_ , at _820 N. French St._

_WiLMiNGTON, DELAWARE_ , the last known address,
by way of United States mail or courier.

_July 20, 2006_
Date



~~Signature~~