OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

September 28, 2006

Devearl L. Bacon
SBI #221242
DCC
Smyrna, DE 19977

*RE: Response to Your Letter dated 9/20/06, Regarding
Payment of Filing Fees in CA 06-267 and CA 06-254 JJF*

Dear Mr. Bacon:

This is a response to your inquiry to the Clerk of Court regarding payments on the above noted cases, which are closed in the U.S. District Court, and are currently pending on appeal at the Third Circuit Court of Appeals, Case numbers 06-3859 (Bacon v. Carroll, USDC CA 06-267 JJF), and 06-3594 (Bacon v. Delaware, USDC CA 06-254 JJF).

The dates that you note in your letter are the dates that the U.S. District Court issued orders dismissing your complaints as frivolous. The District Court's orders pertain only to your payment of any remaining balances on each of the $350.00 civil filing fees.

Copies of the Appeals Court's orders granting your pauper status, assessing the appeal filing fees of $455.00 per case, are attached for your reference. These orders fully explain the assessment of filing fees, payment requirements and procedures.

Sincerely,
/s/
PETER T. DALLEO
CLERK

cc: CA 06-254 JJF
    CA 06-267 JJF
    Financial Administrator, U.S. District Court

Devearl L. Bacon
#221242
D.C.C.
Smyrna, Del. 19977
Case No's  06-267-JJF ;
          06-254-JJF

Clerk of Court
US District Court
Wilmington, Del. 19801

September 20, 2006

Re: Payment on Dismissed Complaint's



Mr. Dalleo:

Good-day., On July 17 and 27 thee above cases where Dismissed by Hon. Judge Joseph J. Farnan Jr Respectfully.

I informed D.C.C's Business of the Judge's Order. that I don't have to make pay-to's (at this moment) on above cases any longer, however The Business Office is still taking Moneys off of my Account., Far more then "any" case was Ordered to take "Such an Balance" that the Prison is taking.

Can you help me, I don't want to be paying "two-folds"

Devearl L. Bacon

## Certificate of Service

I, **Devear/C. Bacon**, hereby certify that I have served a true and correct cop(ies) of the attached: **Letter To Clerk of Court / Per Payment's** upon the following parties/person (s):

TO: Business Office
DCC
1181 Paddock Rd.
Smyrna, Del.
19977

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this **20** day of **September**, 2006

I/M Severall L. Bacon
SBI# 221242  UNIT A-L-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of Court
US District Court
844 N. King St. (Lockbox 18)
Wilmington, Del.
19801

FPS-466                                                    DATE: September 18, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3859

Bacon v. Carroll
(District of Delaware No. 06-0267)

To: Clerk

1) Application to Proceed In Forma Pauperis

_____

The foregoing motion to proceed in forma pauperis is granted. Appellant is a prisoner and seeks to proceed in forma pauperis on appeal. Appellant is required to pay the full $455.00 fee in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). The Court hereby directs the warden or his or her designee to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the District of Delaware. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the District of Delaware equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. § 1915(e)(2).



A True Copy
Marcia M. Waldron
Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: September 19, 2006
TMM/cc: Devearl L. Bacon
         Atty Gen DE

FPS-443                                                                August 31, 2006
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3594

Bacon v. Delaware
(D. Del. No. 06-cv-254)

To: Clerk

1) Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion to proceed in forma pauperis is granted. Appellant is a prisoner seeking to proceed in forma pauperis on appeal and is, therefore, required to pay the full $ 455.00 in docketing and filing fees in installments regardless of the outcome of the appeal. Appellant has completed and filed the required authorization form permitting the appropriate prison officials to assess, collect and forward to the District Court the filing and docketing fees for this appeal pursuant to 28 U.S.C. §§ 1915(b)(1) and (2). Accordingly, the Court hereby directs the warden, or his or her designee, to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to the prisoner's account; or (b) the average monthly balance in the prisoner's account for the six month period immediately preceding the filing of the notice of appeal. The warden, or his or her designee, shall calculate, collect, and forward the initial payment assessed in this order to the United States District Court for the District of Delaware. In each succeeding month when the amount in the prisoner's account exceeds $10.00, the warden, or his or her designee, shall forward payments to the United States District Court for the District of Delaware equaling 20% of the preceding month's income credited to the prisoner's account until the fees are paid. Each payment shall reference the appellate docket number for this appeal.

This appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2). The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court. See Rule 27.4, Third Circuit Local Appellate Rules.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: September 14, 2006     Marcia M. Waldron, Clerk
TMM/cc: Mr. Devearl L. Bacon
        Eileen K. Kelly, Esq.