IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEVEARL L. BACON, | : |
| Plaintiff, | : |
| v. | : Civ. No. 06-254-JJF |
| GOVERNOR RUTH ANN MINNER, et al., | : |
| Defendants. | : |

O R D E R

At Wilmington this 13 day of March, 2007;

Plaintiff Devearl Bacon, an inmate at the Delaware Correctional Center moves the Court for appointment of counsel. (D.I. 7.) Plaintiff's case was dismissed and closed on July 17, 2006. (D.I. 5.) On July 22, 2006, Plaintiff filed a notice of appeal and the pending motion asks for appointed counsel on appeal.

THEREFORE, IT IS ORDERED that Plaintiff's motion for appointment of counsel (D.I. 7) is **DENIED** as **moot** without prejudice to renew the motion before the U.S. Court of Appeals for the Third Circuit.

[signature]
UNITED STATES DISTRICT JUDGE